AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Helene N. | 2. Court or Organization<br><br>6th Circuit | 3. Date of Report<br><br>09/16/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Theodore Levin Courthouse
231 W. Lafayette Blvd., Room 649
Detroit, Michigan 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | NJH Associates |
| 2. | Partner | NJHA Associates |
| 3. | Partner | RNJH Associates, LTD |
| 4. | Director / Vice President | RNJH Associates, Inc. |
| 5. | Member | MWCM LLC |
| 6. | Trustee | Trust #2 RWRT GST A |
| 7. | Trustee | Trust #3 RWRT GST B |
| 8. | Director / President | Family Foundation #1 |
| 9. | Director | Family Foundation #2 |
| 10. | Custodian | Brokerage account #1 UGMA |
| 11. | Custodian | Brokerage account #2 UGMA |
| 12. | Member | Home Properties, LLC |
| 13. | Manager | WWLFAP, LLC |
| 14. | Manager/Member | HBF Investments, LLC |
| 15. | Member | Clay School, LLC |
| 16. | Manager/Member | Unit 610, LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pension | Wayne County, Michigan |
| 2. Pension | State of Michigan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Hibernia Bank | Mortgage on real estate | M |
| 2. | LTR 2010 Trust | Promissory Notes | P1 |
| 3. | US Trust | Line of Credit | P1 |
| 4. | Tri-state | Line of Credit | P1 |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage account #1 (UBS) (H) | | | | | | | | | |
| 2. - American Funds Balanced Fund class B | A | Dividend | J | T | | | | | |
| 3. - UBS money market | A | Interest | J | T | | | | | |
| 4. Brokerage account #2 (Baird) (H) | | | | | | | | | |
| 5. - Baird MM fund | A | Interest | K | T | | | | | |
| 6. - ORCL | A | Dividend | K | T | | | | | |
| 7. - VAFAX | A | Dividend | J | T | | | | | |
| 8. - BTZ | B | Dividend | K | T | | | | | |
| 9. - FRDPX | C | Dividend | L | T | | | | | |
| 10. - SLMCX | E | Dividend | M | T | | | | | |
| 11. - SCAUX | A | Dividend | K | T | | | | | |
| 12. - FIF | B | Dividend | K | T | | | | | |
| 13. Brokerage account #3 (Baird) (H) | | | | | | | | | |
| 14. - NWS | A | Dividend | J | T | | | | | |
| 15. - FOX | A | Dividend | K | T | | | | | |
| 16. - SCAUX | A | Dividend | K | T | | | | | |
| 17. - FRDPX | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PHSTX | A | Dividend | K | T | | | | | |
| 19. Brokerage account #4 cust UGMA FW (Baird) (H) | | | | | | | | | |
| 20. - ABALX | A | Dividend | J | T | | | | | |
| 21. - VAFAX | A | Dividend | J | T | | | | | |
| 22. - FRBAX | A | Dividend | J | T | | | | | |
| 23. - SCAUX | A | Dividend | J | T | | | | | |
| 24. Brokerage account #5 cust UGMA BW (Baird) (H) | | | | | | | | | |
| 25. - VAFAX | A | Dividend | K | T | | | | | |
| 26. - ABALX | A | Dividend | K | T | | | | | |
| 27. Brokerage account #6 (Chase) (H) | | | | | | | | | |
| 28. - MJLXX | A | Interest | J | T | | | | | |
| 29. - FPFC | | None | J | T | | | | | |
| 30. - GCVRZ (f/n/a GENZ) | | None | J | T | | | | | |
| 31. - MSFT | A | Dividend | J | T | | | | | |
| 32. Brokerage account #8 (Ameriprise) (H) | | | | | | | | | |
| 33. - Ameriprise Money Market Account | A | Interest | J | T | | | | | |
| 34. - GE | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - ASEI | A | Dividend | J | T | | | | | |
| 36.   - RCMT | B | Dividend | J | T | | | | | |
| 37.   - SPLV | A | Dividend | J | T | | | | | |
| 38.   Brokerage account #9 (Oppenheimer) (H) | | | | | | | | | |
| 39.   - ADLXX | A | Interest | K | T | Buy (add'l) | 01/03/18 | K | | |
| 40.   - MRVL | A | Int./Div. | J | T | Buy | 07/06/18 | J | | |
| 41.   - ASEI | | None | | | Sold | 01/03/18 | J | | |
| 42.   - ELX | | None | | | Sold | 01/03/18 | J | | |
| 43.   - QLGC | | None | | | Sold | 01/03/18 | K | | |
| 44.   401k and 457 State of Michigan (H) | | | | | | | | | |
| 45.   - SSga S&P 500 Index | | None | M | T | | | | | |
| 46.   - SSga MidCap Index | | None | N | T | | | | | |
| 47.   - SSga Russel 2000 Index | | None | N | T | | | | | |
| 48.   - Amer Funds Euro/Pac Gr | | None | M | T | | | | | |
| 49.   Wayne County Deferred Comp (H) | | | | | | | | | |
| 50.   - Lord Abbott Mid Cap Fd | | None | J | T | | | | | |
| 51.   RNJH Assoc. Ltd. Parnter | E | Int./Div. | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Great Plains Energy Stock | A | Dividend | J | T | | | | | |
| 53. Marc Pharmaceutical stock | | None | J | T | | | | | |
| 54. Trust #2 RWRT GST A, Trustee | D | Int./Div. | N | U | | | | | |
| 55. - LP Int RNJH Asso. LTD - see lines 58-86 (H) | | | | | | | | | |
| 56. Trust #3 RWRT GST B, Trustee | D | Int./Div. | N | U | | | | | |
| 57. - LP Int RNJH Asso. LTD - see lines 58-86 (H) | | | | | | | | | |
| 58. RNJH Associates Ltd. (LP Interest) (pro rata share) (H) | | | | | | | | | |
| 59. - Acct # 1 Morgan Stanley Money Fund | A | Int./Div. | L | T | | | | | |
| 60. - - Goldman Sachs Access TRE | A | Int./Div. | K | T | Buy | 02/08/18 | K | | |
| 61. - - Janus Flexible Bond I | A | Int./Div. | | | Sold | 03/29/18 | J | | |
| 62. - - IShares Core US Aggregate | C | Int./Div. | M | T | | | | | |
| 63. - - IShares JP Morgan EM Bond Fd | B | Int./Div. | K | T | | | | | |
| 64. - - IShares S&P Mid Cap 400 Growth | A | Int./Div. | L | T | | | | | |
| 65. - - IShares Short Maturity Bond (Near) | B | Int./Div. | K | T | | | | | |
| 66. - - IShares S&P Sm Cap 600 Value | A | Int./Div. | L | T | | | | | |
| 67. - - IShares Sm Cap 600 Growth | A | Int./Div. | L | T | | | | | |
| 68. - - Janus Henderson Sht Dur Inc ETF | B | Int./Div. | K | T | Buy | 02/08/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - - JPM Diversified RET Intl EQ | B | Int./Div. | K | T | Buy | 10/29/18 | K | | |
| 70. - - JPMorgan Ultra-Short Inc ETF | B | Int./Div. | K | T | Buy | 05/22/18 | K | | |
| 71. - - Pacer Trendpilot US Large Cap | A | Int./Div. | K | T | Buy | 04/02/18 | K | | |
| 72. - - Vanguard Growth ETF (VUG) | B | Int./Div. | M | T | | | | | |
| 73. - - Vanguard Index Funds S&P 500 ETF | C | Int./Div. | M | T | | | | | |
| 74. - - Vanguard Mid Cap Value ETF | B | Int./Div. | L | T | | | | | |
| 75. - - Blackstone Alt Mult-Strat Inst | B | Int./Div. | L | T | | | | | |
| 76. - Hardig Loevner Intl Equity Inst | B | Int./Div. | M | T | | | | | |
| 77. - -Virtus Insight Emerg Mkts I | A | Int./Div. | L | T | | | | | |
| 78. - - Vanguard REIT ETF | B | Int./Div. | K | T | | | | | |
| 79. - - Victoryshares US Large Cap H | C | Int./Div. | M | T | Buy | 12/17/18 | M | | |
| 80. - - Vanguard Value ETF INdex (VTV) | A | Int./Div. | | | Sold | 01/19/18 | J | | |
| 81. - - Blackrock Global Allocation A | A | Int./Div. | | | Sold | 01/30/18 | J | | |
| 82. - -Catalyst Millburn HGD Strat I | A | Int./Div. | K | T | Buy | 12/17/18 | K | | |
| 83. - - First Eagle Global A | B | Int./Div. | M | T | | | | | |
| 84. - - First Trust North American E | A | Int./Div. | | | Sold | 01/24/18 | K | | |
| 85. - Acct # 2 - Morgan Stanley Money Fund | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - - Unit Invesco High Income Allocation 2016-1 | | | | | Sold | 01/24/18 | M | D | |
| 87. Trust #5 RWLTITHW shared beneficial interest (lines 87-292) | | | | | | | | | |
| 88. - Wells Fargo Acct #1 | A | Interest | J | T | | | | | |
| 89. - - Andeavor Logistics LP | B | Int./Div. | J | T | | | | | |
| 90. - - Antero Midstream LP Ptns | A | Int./Div. | J | T | Buy | 05/16/18 | J | | |
| 91. - - Archrock Partners, LP | A | Int./Div. | J | T | | | | | |
| 92. - - Boardwalk Pipeline Partners | | None | | | Sold | 01/10/18 | J | | |
| 93. - - Buckeye Partners, LP | A | Int./Div. | J | T | | | | | |
| 94. - - Cheniere Energy Inc | A | Int./Div. | J | T | | | | | |
| 95. - - DCP Midstream LP | A | Int./Div. | J | T | Buy | 01/23/18 | J | | |
| 96. - - EQT Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 97. - - Enable Midstream Partners LP | A | Int./Div. | J | T | Buy | 05/16/18 | J | | |
| 98. - - Enbridge Energy Partners, LP | A | Int./Div. | J | T | | | | | |
| 99. - - Energy Transfer Partners LP | C | Int./Div. | K | T | | | | | |
| 100. - - Energy Transfer Equity, LP | A | Int./Div. | | | Sold | 09/19/18 | J | | |
| 101. - - Enlink Midstream Ream Partners, LP | A | Int./Div. | J | T | | | | | |
| 102. - - Enterprise Prods Partners, LP | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - - Kinder Morgan Inc. DEL | | None | | | Sold | 01/23/18 | K | | |
| 104.  - - MPLX LP Com | A | Int./Div. | J | T | | | | | |
| 105.  - - Genesis Energy LP | A | Int./Div. | J | T | Buy | 08/08/18 | J | | |
| 106.  - - Magellan Midstream Partners, LP | A | Int./Div. | J | T | | | | | |
| 107.  - - NGL Energy Partners LP | A | Int./Div. | J | T | Buy | 01/26/18 | J | | |
| 108.  - -Nustart Energy LP | A | Int./Div. | J | T | Buy | 01/19/18 | J | | |
| 109.  - - Oneok, Inc. New | A | Int./Div. | J | T | | | | | |
| 110.  - - Plains All American Pipeline LP | B | Int./Div. | K | T | | | | | |
| 111.  - - Rice Midstream Partners, LP | A | Int./Div. | | | Sold | 05/22/18 | J | A | |
| 112.  - - Semgroup Corp CL A | | None | | | Sold | 07/26/18 | J | A | |
| 113.  - - Shell Midstream Partners LP | A | Int./Div. | K | T | | | | | |
| 114.  - - Targa Res Corp Com | A | Int./Div. | J | T | | | | | |
| 115.  - - Williams Companies, Inc. | B | Int./Div. | K | T | Buy (add'l) | 01/19/18 | J | | |
| 116.  - - Williams Partners LP | A | Int./Div. | | | Sold | 08/13/18 | K | D | |
| 117.  - Wells Fargo Acct #2 Money Fund | A | Int./Div. | J | T | | | | | |
| 118.  - - Abbvie, Inc. | A | Int./Div. | K | T | | | | | |
| 119.  - - Altria Group, Inc. | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - - American Electric Power | A | Int./Div. | J | T | | | | | |
| 121.  - - Astrazeneca PLC SPON ADR | A | Int./Div. | J | T | | | | | |
| 122.  - - AT&T, Inc. | B | Int./Div. | K | T | | | | | |
| 123.  - - BCE, Inc. | A | Int./Div. | J | T | | | | | |
| 124.  - - BP PLC Spons ADR | A | Int./Div. | J | T | | | | | |
| 125.  - - British Amern TOB PLC | A | Int./Div. | J | T | | | | | |
| 126.  - - CDN Imperial Bk Commrc | A | Int./Div. | J | T | | | | | |
| 127.  - - Chevron Corp | A | Int./Div. | K | T | | | | | |
| 128.  - -Coca Cola Company | A | Int./Div. | K | T | | | | | |
| 129.  - - Crown Castle Intl | A | Int./Div. | K | T | | | | | |
| 130.  - - Dominion Res Inc. VA (n/k/a Dominion Energy Inc.) | A | Int./Div. | J | T | | | | | |
| 131.  - - Duke Energy Corp | A | Int./Div. | K | T | | | | | |
| 132.  - - Exxon Mobil Corp | A | Int./Div. | J | T | | | | | |
| 133.  - - General Mills Inc. | A | Int./Div. | J | T | | | | | |
| 134.  - - GlaxoSmithKline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 135.  - - HuntingtonBancshares Inc. | A | Int./Div. | J | T | Buy | 11/16/18 | J | | |
| 136.  - - Invesco Ltd. | A | Int./Div. | J | T | Buy | 06/22/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - - Kimberly-Clark Corp | A | Int./Div. | J | T | | | | | |
| 138. - - Kraft Heinz Co | A | Int./Div. | J | T | Buy | 05/07/18 | J | | |
| 139. - - Merck & Co Inc. | A | Int./Div. | | | Sold | 06/22/18 | J | | |
| 140. - - National Grid PLC | A | Int./Div. | J | T | | | | | |
| 141. - - Occidental Pete Corp | A | Int./Div. | J | T | | | | | |
| 142. - - Pepsico Inc. | A | Int./Div. | J | T | | | | | |
| 143. - - Philip Morris Intl | A | Int./Div. | K | T | | | | | |
| 144. - - PNC Financial Services Group | A | Int./Div. | J | T | Buy | 11/14/18 | J | | |
| 145. - - PPL Corp | A | Int./Div. | J | T | | | | | |
| 146. - - Procter & Gamble Co | A | Int./Div. | J | T | | | | | |
| 147. - - Public Storage, Inc. Reit | A | Int./Div. | | | Sold | 12/13/18 | J | A | |
| 148. - - Public Service Enterprise Group, Inc. | A | Int./Div. | | | Sold | 11/14/18 | J | A | |
| 149. - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 150. - Sanofi ADR | A | Int./Div. | | | Sold | 08/13/18 | J | A | |
| 151. - - Southern Company | A | Int./Div. | J | T | | | | | |
| 152. - - Total S.A. Spons ADR | A | Int./Div. | J | T | | | | | |
| 153. - - United Parcel Service - B UPS | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 155. - - Verizon Communications | B | Int./Div. | K | T | | | | | |
| 156. - - Vodafone Group PLC New | B | Int./Div. | J | T | | | | | |
| 157. - - Welltower, Inc. | A | Int./Div. | J | T | | | | | |
| 158. - Wells Fargo Acct #3 Money Fund | A | Interest | K | T | | | | | |
| 159. - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |
| 160. - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 161. - - Apache Corp | A | Int./Div. | | | Sold | 11/09/18 | J | A | |
| 162. - -Apple, Inc. | A | Int./Div. | J | T | | | | | |
| 163. - - AT&T Inc. | A | Int./Div. | | | Sold | 06/19/18 | J | | |
| 164. - - Baxter International | A | Int./Div. | J | T | | | | | |
| 165. - - BB&T Corp | A | Int./Div. | J | T | | | | | |
| 166. - -Berkshire Hathaway Inc. Ser B | A | Int./Div. | J | T | | | | | |
| 167. - - Biogen, Inc. | | None | J | T | Buy | 08/08/18 | J | | |
| 168. - -Blackhawk Network Holdings | | None | | | Sold | 02/09/18 | J | A | |
| 169. - - Booz Allen Hamilton Holding Co | A | Int./Div. | J | T | Buy | 08/08/18 | J | | |
| 170. - - Boston Scientific Corp | | None | J | T | Buy | 01/04/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - - BP PLC Spons ADR | A | Int./Div. | J | T | Buy | 11/20/18 | J | | |
| 172. - - BWX Technologies Co | A | Int./Div. | J | T | | | | | |
| 173. - - CDK Global Holdings | A | Int./Div. | J | T | Buy | 08/08/18 | J | | |
| 174. - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 175. - - Cinemark Holdings, Inc. | A | Int./Div. | J | T | | | | | |
| 176. - - Comcast Corp. New CL A | A | Int./Div. | J | T | | | | | |
| 177. - - Conduent Inc. | | None | J | T | Buy | 01/30/18 | J | | |
| 178. - - Devon Energy Corp | A | Int./Div. | | | Sold | 04/27/18 | J | | |
| 179. - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 180. - - Dow Dupont, Inc. (fna Dow Chemical Co | A | Int./Div. | J | T | | | | | |
| 181. - -DXC Technologies | A | Int./Div. | | | Sold | 12/20/18 | J | | |
| 182. - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 183. - - EBAY, Inc. | A | Int./Div. | J | T | | | | | |
| 184. - - Everest RE Group Ltd | A | Int./Div. | J | T | Buy | 06/26/18 | J | | |
| 185. - - Federated Investments Inc. CL B | A | Int./Div. | J | T | | | | | |
| 186. - - First American Finl Corp | A | Int./Div. | J | T | Buy | 11/23/18 | J | | |
| 187. - - First Hawaiian Inc. | A | Int./Div. | J | T | Buy | 09/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - - Ford Motor Co. | A | Int./Div. | | | Sold | 04/17/18 | J | | |
| 189. - - Glaxosmithkline PLC-ADR | A | Int./Div. | J | T | | | | | |
| 190. - - Hain Celestial Group Inc. | A | Int./Div. | | | Sold | 11/12/18 | J | | |
| 191. - - Haemonetics Corp Mass | | None | | | Sold | 08/01/18 | J | C | |
| 192. - - Hartford Financial Svcs Group | A | Int./Div. | | | Sold | 11/20/18 | J | A | |
| 193. - - Hewlett Packard Enterprises | A | Int./Div. | | | Sold | 11/09/18 | J | A | |
| 194. - - Hexcel Corp | A | Int./Div. | J | T | Buy | 12/13/18 | J | | |
| 195. - - Huntington Bancshares, Inc. | A | Int./Div. | J | T | | | | | |
| 196. - - Huntsman Corp | A | Int./Div. | J | T | Buy | 12/26/18 | J | | |
| 197. - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 198. - - Lamar Advertising Co | A | Int./Div. | J | T | Buy | 12/20/18 | J | | |
| 199. - - M&T Bank Corp | A | Int./Div. | J | T | | | | | |
| 200. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 201. - - MetLife Inc | A | Int./Div. | | | Sold | 06/22/18 | J | A | |
| 202. - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 203. - - Mondelez Intl Inc | A | Int./Div. | J | T | Buy | 05/10/18 | J | | |
| 204. - - Nuvasive Inc | | None | J | T | Buy | 07/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - - New York Community Bancorp Inc. | A | Int./Div. | | | Sold | 08/01/18 | J | | |
| 206. - - Occidental Pete Corp | A | Int./Div. | J | T | | | | | |
| 207. - - Paypal Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 208. - - PBF Energy Inc. | | None | | | Sold | 01/16/18 | J | B | |
| 209. - - Pfizer Inc | A | Int./Div. | J | T | | | | | |
| 210. - - Pioneer Nat Res Co | A | Int./Div. | J | T | Buy | 11/20/18 | J | | |
| 211. - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 212. - - Proctor & Gamble Co. | A | Int./Div. | J | T | | | | | |
| 213. - - Royal Dutch Shell PLC | A | Int./Div. | J | T | | | | | |
| 214. - - Sabra Health Care Reit | A | Int./Div. | J | T | | | | | |
| 215. - - Store Capital Corp | A | Int./Div. | J | T | Buy | 02/09/18 | J | | |
| 216. - - Superior Energy Svcs Inc. | | None | | | Sold | 01/10/18 | J | | |
| 217. - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 218. - - Time Warner Inc | A | Int./Div. | | | Sold | 06/15/18 | J | B | |
| 219. - - Unilever NV | A | Int./Div. | J | T | | | | | |
| 220. - - United Bankshares Inc. | A | Int./Div. | J | T | Buy | 02/09/18 | J | | |
| 221. - - United Parcel Service - B | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 223. - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 224. - - Wells Fargo & Co New | A | Int./Div. | J | T | | | | | |
| 225. - - Welltower, Inc. | A | Int./Div. | J | T | | | | | |
| 226. - - Woodward Inc. | A | Int./Div. | J | T | Buy | 02/20/18 | J | | |
| 227. - - Zimmer Biomet Holdings Inc. | A | Int./Div. | J | T | | | | | |
| 228. - - 3M Co. | A | Int./Div. | J | T | | | | | |
| 229. - Wells Fargo Acct #4 Money Fund | A | Interest | J | T | | | | | |
| 230. - - Alphabet Inc CL A | | None | J | T | | | | | |
| 231. - - Amphenol Corp | A | Int./Div. | J | T | | | | | |
| 232. - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 233. - - Becton Dickinson & Co | A | Int./Div. | J | T | Buy | 11/05/18 | J | | |
| 234. - - Berkshire Hathaway Inc. | A | Int./Div. | J | T | | | | | |
| 235. - - Booking Holdings Inc. (fna Priceline Group, Inc.) | A | Int./Div. | J | T | | | | | |
| 236. - -Broadridge Financial Solutions | A | Int./Div. | J | T | | | | | |
| 237. - - Caseys General Stores, Inc. | | None | | | Sold | 01/29/18 | J | | |
| 238. - -Celgene Corp | A | Int./Div. | | | Sold | 11/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - - Cerner Corp. | | None | J | T | | | | | |
| 240.  - - Checkpoint Software Tech | | None | J | T | Buy | 01/09/18 | J | | |
| 241.  - - Cognizant Technology | A | Int./Div. | J | T | | | | | |
| 242.  - - CVS Health Corp | A | Int./Div. | J | T | | | | | |
| 243.  - - Disney Walt Company | A | Int./Div. | J | T | Buy | 12/06/18 | J | | |
| 244.  - - Dollar Tree Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 245.  - - Ecolab Inc. | A | Int./Div. | J | T | | | | | |
| 246.  - - Facebook, Inc. CL A | | None | J | T | | | | | |
| 247.  - - Fastenal Co. | A | Int./Div. | J | T | | | | | |
| 248.  - - Fleetcor Technologies | | None | J | T | Buy | 10/04/18 | J | | |
| 249.  - - Fortune Brands Home & Security | A | Int./Div. | J | T | | | | | |
| 250.  - - Intuit Inc. | A | Int./Div. | J | T | | | | | |
| 251.  - - Littlefuse, Inc. | A | Int./Div. | J | T | | | | | |
| 252.  - - Lowes Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 253.  - - Markel Corp | | None | J | T | | | | | |
| 254.  - - Mastercard Inc. CL A | A | Int./Div. | J | T | | | | | |
| 255.  - - Maximus Inc. | | None | | | Sold | 01/09/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - - Middleby Corp | A | Int./Div. | J | T | | | | | |
| 257. - - Novo Nordisk AS ADR | A | Int./Div. | J | T | | | | | |
| 258. - - Nvidia Corp | A | Int./Div. | J | T | Buy | 12/13/18 | J | | |
| 259. - - Pepsico Inc. | A | Int./Div. | | | Sold | 10/04/18 | J | | |
| 260. - - Phillips 66 | A | Int./Div. | J | T | | | | | |
| 261. - - S&P Global, Inc. | A | Int./Div. | J | T | Buy | 10/18/18 | J | | |
| 262. - - Sherwin Williams Co. | A | Int./Div. | J | T | | | | | |
| 263. - - TJX Cos Inc. New | A | Int./Div. | J | T | | | | | |
| 264. - -Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 265. - - Wells Fargo & Co New | A | Int./Div. | J | T | | | | | |
| 266. - - Western Alliance Bancorp | | None | J | T | Buy | 02/01/18 | J | | |
| 267. - - Brokerage Account - Morgan Stanley Money Fund | A | Interest | K | T | | | | | |
| 268. - - Goldman Sachs Access Tre | A | Int./Div. | J | T | Buy | 02/08/18 | J | | |
| 269. - - IShares Core US Aggregate | A | Interest | K | T | Buy | 12/17/18 | K | | |
| 270. - - First Trust North American Empl | A | Interest | | | Sold | 12/19/18 | J | | |
| 271. - - Harding Loevner Intl Equity Inst | A | Interest | K | T | | | | | |
| 272. - - IShares JP Morgan EM Bond Fd | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - - IShares S&P Sm Cap 600 Val | A | Interest | K | T | | | | | |
| 274. - - IShares Short Maturity Bond | A | Interest | K | T | Buy | 01/05/18 | K | | |
| 275. - - IShares Sm Cap 600 Growth | A | Interest | K | T | | | | | |
| 276. - - IShares S&P Mid Cap 400 Growth | A | Interest | K | T | | | | | |
| 277. - - Janus Henderson Sht Dur Inc ETF | A | Interest | K | T | Buy | 02/08/18 | K | | |
| 278. - - JPM Diversified RET Intl EQ | A | Interest | K | T | Buy | 10/29/18 | K | | |
| 279. - - JPMorgan Ultra-Short Inc ETF | A | Interest | K | T | Buy | 05/22/18 | K | | |
| 280. - - Pacer Trendpilot US Large CAP | A | Interest | K | T | Buy | 05/22/18 | K | | |
| 281. - - Vanguard Growth ETF | A | Interest | K | T | | | | | |
| 282. - - Vanguard Index Funds S&P 500 ETF | B | Interest | L | T | | | | | |
| 283. - - Vanguard Mid Cap Value ETF | A | Interest | K | T | | | | | |
| 284. - -Blackrock Global | | None | | | Sold | 02/01/18 | K | | |
| 285. - - VictoryShares US Larg Cap | B | Interest | K | T | Buy | 12/17/18 | K | | |
| 286. - - Blackstone Alt Mult-Strat Inst | A | Interest | K | T | | | | | |
| 287. - - Catalyst Millburn Hgd Strat I | A | Interest | J | T | Buy | 12/17/18 | J | | |
| 288. - - First Eagle Global A | A | Interest | K | T | | | | | |
| 289. - - Vanguard REIT | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  - - Vanguard Value ETF INdex | | None | | | Sold | 01/19/18 | K | | |
| 291.  - - Virtus Insight Emerging Markets I | A | Interest | K | T | | | | | |
| 292.  - -Janus Flexible Bond I | B | Interest | | | Sold | 12/19/18 | K | | |
| 293.  - - Symetra Life Insurance Policy | B | Interest | M | U | | | | | |
| 294.  MWCM LLC, Ltd Ptr, RE development Macomb MI | | None | L | W | Sold | 08/15/18 | | | |
| 295.  Condominium in Snowmass, Colorado | D | Rent | O | W | | | | | |
| 296.  Residential property - Snowmass, CO | E | Rent | P1 | W | | | | | |
| 297.  NJH Associates, Partner (New York, NY) (lines 298-302) | | | | | | | | | |
| 298.  - BJW Associates Real Estate NYC | G | Rent | P1 | W | | | | | |
| 299.  - Lexington Ave Assoc Real Estate NYC | G | Rent | | | Sold | 12/31/18 | N | E | |
| 300.  - First Sutton Assoc Real Estate NYC | C | Rent | K | W | | | | | |
| 301.  - Asbury Plaza Venture, Real Estate, Chicago | E | Rent | O | W | | | | | |
| 302.  - Lincoln Terrace Assoc. NYC | E | Rent | L | W | | | | | |
| 303.  NJHA Assoc., Partner | A | Interest | J | W | | | | | |
| 304.  4400 University Ltd Partnership | A | Interest | J | W | | | | | |
| 305.  2001 Trust, shared beneficial interest (lines 306-317) (H) | | | | | | | | | |
| 306.  - - Escrowed Funds - cash accounts held at BOA and JMP | | None | | | Distributed | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - - JPM Cash / Money Funds | D | Interest | P1 | T | | | | | |
| 308.  - - JPM Private Equity (see lines 308-316) | | | | | | | | | |
| 309.  - - JPM Tax Free MM | B | Interest | L | T | | | | | |
| 310.  - - GSO Special Situations Fund | B | Interest | | | Redeemed | 09/10/18 | M | | |
| 311.  - - PEG Digital Growth Fund II, LP | F | Int./Div. | O | T | | | | | |
| 312.  - - Apollo EPF III Private Investors LLC | B | Int./Div. | L | U | | | | | |
| 313.  - - Kona III Private Investors, LLC | E | Int./Div. | M | U | | | | | |
| 314.  - - PEG Secondary Private Equity Investors III LP | C | Int./Div. | M | T | | | | | |
| 315.  - - PEG Secondary Private Equity Investors LLC | B | Int./Div. | L | U | | | | | |
| 316.  - - SLP V Private Investors LLC | | None | L | U | Buy | 01/02/18 | L | | |
| 317.  - Vintage 2014 Private Investments, LLC | B | Int./Div. | M | U | | | | | |
| 318.  2006 Trust, shared beneficial interest (lines 319-322) (H) | | | | | | | | | |
| 319.  - - JPM Cash/Money Funds | A | Interest | J | T | Distributed (part) | 12/27/18 | J | | |
| 320.  - - Escrowed Funds - cash accounts held at JPM | A | Interest | | | Distributed | 12/27/18 | J | | |
| 321.  - - JPM Tax Free MM | B | Interest | | | Distributed | 12/27/18 | N | | |
| 322.  - - GSO Special Situations Fund (prev reported as "GST") | B | Int./Div. | | | Redeemed | 09/10/18 | M | | |
| 323.  2007 Trust, shared beneficial interest (lines 324-329) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - - Escrowed Funds - cash accounts held at BOA and JPM | | None | | | Distributed | 01/02/18 | K | | |
| 325. - - JPM Cash/Money Funds | A | Interest | J | T | | | | | |
| 326. - - JPM Private Equity Tax Free MM | D | Interest | | | Distributed | 12/28/18 | P1 | | |
| 327. - - AP IXZ (APAX) Private Investors | D | Int./Div. | M | T | | | | | |
| 328. - - Apollo EPF III Private Investors LLC | D | Int./Div. | M | U | | | | | |
| 329. - - PEG Secondary Private Equity Investors, LLC | D | Int./Div. | M | U | | | | | |
| 330. LTR 2010 Trust, shared beneficial interest- lines 331-905 (H) | | | | | | | | | |
| 331. - - JP Morgan Money Market | A | Interest | | | Distributed | 04/30/18 | L | | |
| 332. - - JPM Tax Free Resv Sweep FD | A | Interest | | | Distributed | 04/30/18 | O | | |
| 333. - - RAI SPV2, LLC | | None | O | U | | | | | |
| 334. - - Residential Fund 321, LLC | | None | J | U | | | | | |
| 335. - - NADG NNN Property Fund | D | Int./Div. | M | T | | | | | |
| 336. - - NADG US Supermarket Anchored Fund | G | Int./Div. | N | T | | | | | |
| 337. - - NADG Real Estate Opportunity Fund | C | Interest | N | T | | | | | |
| 338. - - Ann Arbor Realty Ventures, LP | D | Distribution | K | T | | | | | |
| 339. - - Suvola Corp. | | None | L | T | | | | | |
| 340. - - (H) Lincoln Life Ins Policy;Variable Life;Insured: HW | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. - - - LVIP Vanguard Domestic Equity (789) | A | Int./Div. | K | T | | | | | |
| 342. - - - -AM Fds Growth-Inc Fund (C2) (853) | A | Int./Div. | K | T | | | | | |
| 343. - - - Del VIP REIT Series (Std Cls) (856) | A | Int./Div. | K | T | | | | | |
| 344. - - - LVIP GlobalMod Alloc MR SC (957) | A | Int./Div. | N | T | | | | | |
| 345. - - Triarq Health Corp. | E | Int./Div. | N | T | | | | | |
| 346. - - Loans Receivable from HW | A | Interest | O | T | | | | | |
| 347. - - NADG US Core Plus Acquisition Fund | F | Int./Div. | N | T | | | | | |
| 348. - - Loan to Unit 610, LLC | | None | N | U | | | | | |
| 349. - - Worthington Wood Apartments, LLC | D | Distribution | L | U | | | | | |
| 350. - - South University North, LLC | | None | L | U | | | | | |
| 351. - - Eastham Capital Fund | A | Distribution | J | T | | | | | |
| 352. - -Artwork: Rudolph Stingel Painting | | None | | | Distributed | 02/27/18 | P1 | | WWLFAP, LLC, HW Manager |
| 353. - - Artwork: Albert Oehlen Painting | | None | | | Distributed | 02/27/18 | P1 | | WWLFAP, LLC, HW Manager |
| 354. - - Artwork: George Condo Painting | | None | | | Distributed | 02/27/18 | P1 | | WWLFAP, LLC HW Manager |
| 355. - - Northern Trust checking acct | A | Interest | L | T | | | | | |
| 356. - - Northern Trust Investment Account (see lines 357 - 871) | | | | | | | | | |
| 357. - - Abbott Laboratories | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - - Abbvie, Inc. | A | Int./Div. | J | T | | | | | |
| 359.  - - Accenture PLC SHS CL A New | A | Int./Div. | J | T | | | | | |
| 360.  - - Activision Blizzard, Inc. | A | Int./Div. | J | T | | | | | |
| 361.  - - Adobe Systems | | None | J | T | | | | | |
| 362.  - - Aetna, Inc. | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 363.  - - Aflac, Inc. | A | Int./Div. | J | T | | | | | |
| 364.  - - Air Products and Chemicals | A | Int./Div. | J | T | | | | | |
| 365.  - - Alexion Pharmaceuticals | | None | J | T | | | | | |
| 366.  - - Allergan PLC | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 367.  - - Allstate Corp | A | Int./Div. | J | T | | | | | |
| 368.  - - Alphabet, Class A | | None | K | T | | | | | |
| 369.  - - Alphabet, Class C | | None | K | T | | | | | |
| 370.  - Altria Group | A | Int./Div. | J | T | | | | | |
| 371.  - -Amazon, Inc. | | None | K | T | | | | | |
| 372.  - - American Airlines, Inc. | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 373.  - - American Electric Power, Inc. | A | Int./Div. | J | T | | | | | |
| 374.  - - American Express Co. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - - American International Group | A | Int./Div. | | | Sold | 08/14/18 | J | | |
| 376. - - American Tower Corp | A | Int./Div. | J | T | | | | | |
| 377. - - Amgen, Inc. | A | Int./Div. | J | T | | | | | |
| 378. - - Amphenol Corp New CL A | A | Int./Div. | J | T | | | | | |
| 379. - - Anadarko Petroleum Corp | A | Int./Div. | J | T | | | | | |
| 380. - - Analog Devices, Inc. | A | Int./Div. | J | T | | | | | |
| 381. - - Anthem, Inc. | A | Int./Div. | J | T | | | | | |
| 382. - - AON PLC | A | Int./Div. | J | T | | | | | |
| 383. - -Apache Corp | A | Int./Div. | | | Sold | 03/05/18 | J | | |
| 384. - - Apple, Inc. | A | Int./Div. | K | T | | | | | |
| 385. - - Applied Materials, Inc. | A | Int./Div. | J | T | | | | | |
| 386. - - Archer Daniels Midland Co. | A | Int./Div. | J | T | | | | | |
| 387. - - AT&T, Inc. | A | Int./Div. | J | T | | | | | |
| 388. - - Autodesk, Inc. | A | Int./Div. | J | T | | | | | |
| 389. - - Automatic Data Processing | A | Int./Div. | J | T | | | | | |
| 390. - - Autozone, Inc. | | None | J | T | | | | | |
| 391. - - Avalon Bay Communities | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - - Baker Hughes, Inc. | A | Int./Div. | J | T | Buy | 06/01/18 | J | | |
| 393. - - Bank New York Mellon | A | Int./Div. | J | T | | | | | |
| 394. - - Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 395. - - Baxter International, Inc. | A | Int./Div. | J | T | | | | | |
| 396. - - BB&T Corp | A | Int./Div. | J | T | | | | | |
| 397. - - Becton Dickinson & Co | A | Int./Div. | J | T | | | | | |
| 398. - - Berkshire Hathaway, Inc. | | None | K | T | | | | | |
| 399. - -Biogen Idec, Inc. | | None | J | T | | | | | |
| 400. - - Blackrock, Inc. | A | Int./Div. | J | T | | | | | |
| 401. - - Boeing Co. | A | Int./Div. | J | T | | | | | |
| 402. - - Bookings Holdings | | None | J | T | Buy | 02/27/18 | J | | |
| 403. - - Boston PPTYS | A | Int./Div. | | | Sold | 04/09/18 | J | A | |
| 404. - - Boston Scientific Corp | | None | J | T | | | | | |
| 405. - -Bristol Myers Squibb | A | Int./Div. | J | T | | | | | |
| 406. - -Broadcom Corp CL A | A | Int./Div. | J | T | | | | | |
| 407. - - CR Baird | A | Int./Div. | | | Sold | 12/31/18 | J | | |
| 408. - - Capital One Financial | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - - Carnival Corp. | A | Int./Div. | J | T | | | | | |
| 410. - -Caterpillar, Inc. | A | Int./Div. | J | T | | | | | |
| 411. - - CBS Corp New CL B | A | Int./Div. | | | Sold | 08/14/18 | J | | |
| 412. - -Celgene Corp | | None | J | T | | | | | |
| 413. - - Charter Communications Inc. | | None | J | T | | | | | |
| 414. - - Cerner Corp | A | Int./Div. | J | T | | | | | |
| 415. - - Chevron Corp | A | Int./Div. | J | T | | | | | |
| 416. - - Chubb Corp | A | Int./Div. | J | T | | | | | |
| 417. - - Cigna Corp | A | Int./Div. | J | T | | | | | |
| 418. - - Cisco Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 419. - - Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 420. - - CME Group, Inc. | A | Int./Div. | J | T | | | | | |
| 421. - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 422. - - Cognizant Technology Solutions | | None | J | T | | | | | |
| 423. - -Colgate-Palmolive Co. | A | Int./Div. | J | T | | | | | |
| 424. - - Comcast Corp New CL A | A | Int./Div. | J | T | | | | | |
| 425. - - Concho Res Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - - Conoco Phillips | A | Int./Div. | J | T | | | | | |
| 427. - - Consolidated Edison | A | Int./Div. | J | T | | | | | |
| 428. - - Constellation Brands | A | Int./Div. | J | T | | | | | |
| 429. - - Corning, Inc. | A | Int./Div. | J | T | | | | | |
| 430. - -Costco Wholesale Corp | A | Int./Div. | J | T | | | | | |
| 431. - - Crown Castle Int'l | A | Int./Div. | J | T | | | | | |
| 432. - - CSX Corp | A | Int./Div. | J | T | | | | | |
| 433. - -Cummins, Inc. | A | Int./Div. | J | T | | | | | |
| 434. - - CVS Health Corp | A | Int./Div. | J | T | | | | | |
| 435. - -Danaher Corp | A | Int./Div. | J | T | | | | | |
| 436. - - Deere & Co. | A | Int./Div. | J | T | | | | | |
| 437. - - Delta Air Lines | A | Int./Div. | J | T | | | | | |
| 438. - - Devon Energy Corp | A | Int./Div. | | | Sold | 12/31/18 | J | | |
| 439. - - Digital Rlty TR | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 440. - -Discover Financial Svcs | A | Int./Div. | J | T | | | | | |
| 441. - - Dollar General Corp | A | Int./Div. | J | T | | | | | |
| 442. - - Dollar Tree, Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - - Dominion Energy (fna Dominion Resources) | A | Int./Div. | J | T | | | | | |
| 444. - - Dow Dupont (fna Dow Chemical) | A | Int./Div. | J | T | | | | | |
| 445. - - Duke Energy Corp New | A | Int./Div. | J | T | | | | | |
| 446. - - DXE Technology Co | A | Int./Div. | J | T | | | | | |
| 447. - - Eaton Corp PLC | A | Int./Div. | J | T | | | | | |
| 448. - - EBay, Inc. | | None | J | T | | | | | |
| 449. - -Ecolab, Inc. | A | Int./Div. | J | T | | | | | |
| 450. - - Edison Int'l | A | Int./Div. | J | T | | | | | |
| 451. - - Electronic Arts | | None | J | T | | | | | |
| 452. - - Eli Lilly & Co | A | Int./Div. | J | T | | | | | |
| 453. - Emerson Electric Co. | A | Int./Div. | J | T | | | | | |
| 454. - - EOG Resources | A | Int./Div. | J | T | | | | | |
| 455. - - Equity Residential | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 456. - -Estee Lauder Companies, Inc. | A | Int./Div. | J | T | | | | | |
| 457. - - Exelon Corp | A | Int./Div. | J | T | | | | | |
| 458. - - Express Scripts Holdings | | None | | | Sold | 12/31/18 | J | | |
| 459. - -Exxon Mobil Corp | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  - -Facebook, Inc. | | None | K | T | | | | | |
| 461.  - - FedEx Corp | A | Int./Div. | J | T | | | | | |
| 462.  - - Fidelity National Inf Svc | A | Int./Div. | J | T | | | | | |
| 463.  - - Fifth Third Bancorp | A | Int./Div. | J | T | | | | | |
| 464.  - - Fiserve, Inc. | | None | J | T | | | | | |
| 465.  - - Fleetcor Technologies | | None | J | T | Buy | 12/31/18 | J | | |
| 466.  - - Ford Motor Co Del | A | Int./Div. | J | T | | | | | |
| 467.  - - Fortive Corp | A | Int./Div. | J | T | | | | | |
| 468.  - - Franklin Res, Inc. | A | Int./Div. | J | T | | | | | |
| 469.  - - Freeport McMoran, Inc. | A | Int./Div. | J | T | | | | | |
| 470.  - - General Dynamics Corp | A | Int./Div. | J | T | | | | | |
| 471.  - - General Electric Co | A | Int./Div. | K | T | | | | | |
| 472.  - - General Mills, Inc. | A | Int./Div. | J | T | | | | | |
| 473.  - - General Motors Co. | A | Int./Div. | J | T | | | | | |
| 474.  - -Gilead Sciences, inc. | A | Int./Div. | J | T | | | | | |
| 475.  - - Goldman Sachs Group Inc. | A | Int./Div. | J | T | | | | | |
| 476.  - - Halliburton Co | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 80

Name of Person Reporting

White, Helene N.

Date of Report

09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - - Hershey Company | A | Int./Div. | J | T | | | | | |
| 478. - - Hewlett Packard Ent | A | Int./Div. | J | T | | | | | |
| 479. - - Hilton Worldwide Holdings | A | Int./Div. | J | T | | | | | |
| 480. - - Home Depot, Inc. | A | Int./Div. | J | T | | | | | |
| 481. - - Honeywell Int'l Inc. | A | Int./Div. | J | T | | | | | |
| 482. - - HP Inc. | A | Int./Div. | J | T | | | | | |
| 483. - - Humana, Inc. | A | Int./Div. | J | T | | | | | |
| 484. - - Huntington Bancshares | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 485. - - IHS Markit | | None | J | T | Buy | 10/25/18 | J | | |
| 486. - - Illinois Tool Works | A | Int./Div. | J | T | | | | | |
| 487. - - Illumina Inc. | | None | J | T | | | | | |
| 488. - - Ingersoll-Rand PLC | A | Int./Div. | J | T | | | | | |
| 489. - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 490. - - Intercontinental Exchange Group | A | Int./Div. | J | T | | | | | |
| 491. - - International Business Machines | A | Int./Div. | J | T | | | | | |
| 492. - - International Paper Co. | A | Int./Div. | J | T | | | | | |
| 493. - - Intuit | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - - Intiutive Surgical | | None | J | T | | | | | |
| 495. - - Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 496. - - Johnson Controls, Inc. | A | Int./Div. | J | T | | | | | |
| 497. - - JPMorgan Chase & Co. | A | Int./Div. | K | T | | | | | |
| 498. - - Kellogg Co | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 499. - -Kimberly-Clark Corp | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 500. - Kinder Morgan Inc. | A | Int./Div. | J | T | | | | | |
| 501. - - Kraft Heinz Co | A | Int./Div. | J | T | | | | | |
| 502. - - Kroger Co | A | Int./Div. | J | T | | | | | |
| 503. - - Lam Resh Corp | A | Int./Div. | J | T | | | | | |
| 504. - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 505. - - Lowes Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 506. - -Lyondellbasell Industries | A | Int./Div. | J | T | | | | | |
| 507. - - M&T Bk Corp | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 508. - -Marathon Pete Corp | A | Int./Div. | J | T | | | | | |
| 509. - - Marriott Int'l | A | Int./Div. | J | T | | | | | |
| 510. - - Marsh & McLennan Co's | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 80

Name of Person Reporting

White, Helene N.

Date of Report

09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - -Mastercard, Inc. | A | Int./Div. | J | T | | | | | |
| 512. - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 513. - - McKesson Corp | A | Int./Div. | J | T | Buy | 06/04/18 | J | | |
| 514. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 515. - - Merck & Co | A | Int./Div. | J | T | | | | | |
| 516. - - MetLife, Inc. | A | Int./Div. | J | T | | | | | |
| 517. - - MFB Northern FDS Stk Index Fund | A | Int./Div. | K | T | | | | | |
| 518. - - MFB Northern Multi Manager Global | B | Int./Div. | L | T | | | | | |
| 519. - - MFC IShares Trust Global Infrastructure | B | Int./Div. | K | T | | | | | |
| 520. - - MGM Resorts Intl | A | Int./Div. | J | T | Buy | 10/25/18 | J | | |
| 521. - - Micron Technology Inc. | | None | J | T | | | | | |
| 522. - -Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 523. - - Molson Coors Brewing Co | A | Int./Div. | | | Sold | 10/25/18 | J | | |
| 524. - - Mondelez Int'l | A | Int./Div. | J | T | | | | | |
| 525. - -Monsanto Co New | A | Int./Div. | | | Sold | 06/07/18 | J | A | |
| 526. - - Monster Beverage | | None | J | T | | | | | |
| 527. - - Moody's Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. - - Morgan Stanley | A | Int./Div. | J | T | | | | | |
| 529. - -Mylan Inc. | A | Int./Div. | | | Sold | 07/09/18 | J | A | |
| 530. - - Netflix, Inc. | | None | J | T | | | | | |
| 531. - - Newell Brands, Inc. | A | Int./Div. | | | Sold | 04/09/18 | J | | |
| 532. - - Nextera Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 533. - -Nike, Inc. Class B | A | Int./Div. | J | T | | | | | |
| 534. - - Norfolk Southern Corp | A | Int./Div. | J | T | | | | | |
| 535. - - Northrop Grumman Corp | A | Int./Div. | J | T | | | | | |
| 536. - - Nucor Corp. | A | Int./Div. | J | T | | | | | |
| 537. - - Nvidia Corp | A | Int./Div. | J | T | | | | | |
| 538. - - O'Reilly Automotive | | None | J | T | | | | | |
| 539. - - Occidential Petroleum | A | Int./Div. | J | T | | | | | |
| 540. - - Omnicom Group | A | Int./Div. | | | Sold | 03/05/18 | J | A | |
| 541. - - Oracle Corp | A | Int./Div. | J | T | | | | | |
| 542. - - PacCar, Inc. | A | Int./Div. | J | T | | | | | |
| 543. - - Paychex, Inc. | A | Int./Div. | J | T | | | | | |
| 544. - - Paypal Holdings, Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - - Pepsico, Inc. | A | Int./Div. | J | T | | | | | |
| 546. - - Pfizer, Inc. | A | Int./Div. | J | T | | | | | |
| 547. - - PG&E Corp | A | Int./Div. | J | T | Buy | 01/25/18 | J | | |
| 548. - -Philip Morris Intl | A | Int./Div. | J | T | | | | | |
| 549. - - Phillips 66 | A | Int./Div. | J | T | | | | | |
| 550. - - Pioneer Natural Resources | A | Int./Div. | J | T | | | | | |
| 551. - - PNC Financial Services Group | A | Int./Div. | J | T | | | | | |
| 552. - - PPG Industries, Inc. | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 553. - - PPL Corp. | A | Int./Div. | J | T | | | | | |
| 554. - - Praxair, Inc. | A | Int./Div. | | | Sold | 12/31/18 | J | | |
| 555. - - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 556. - - Progressive Corp | A | Int./Div. | J | T | | | | | |
| 557. - - Prologis, Inc. | A | Int./Div. | J | T | | | | | |
| 558. - - Prudential Financial, Inc. | A | Int./Div. | J | T | | | | | |
| 559. - - Public Service Ent. Group | A | Int./Div. | J | T | | | | | |
| 560. - - Public Storage | A | Int./Div. | J | T | | | | | |
| 561. - - Qualcomm, Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - - Raython Co | A | Int./Div. | J | T | | | | | |
| 563. - -Regeneron Pharmaceuticals, Inc. | | None | J | T | | | | | |
| 564. - - Republic Svcs Inc. | A | Int./Div. | J | T | | | | | |
| 565. - - Roper Technologies Inc. | A | Int./Div. | J | T | | | | | |
| 566. - -Ross Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 567. - - Royal Caribbean Cruises | A | Int./Div. | J | T | | | | | |
| 568. - - S&P Global Inc. | A | Int./Div. | J | T | | | | | |
| 569. - -SalesForce Com, Inc. | | None | J | T | | | | | |
| 570. - - Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 571. - - Schwab Charles Corp | A | Int./Div. | J | T | | | | | |
| 572. - - Seagate Technology PLC | A | Int./Div. | J | T | | | | | |
| 573. - - Sempra Energy Inc | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 574. - - Simon Property Group, Inc. | A | Int./Div. | J | T | | | | | |
| 575. - - Southern Co. (aquired AGL Res) | A | Int./Div. | J | T | | | | | |
| 576. - - Southwest Airlines | A | Int./Div. | J | T | | | | | |
| 577. - - Stanley Black & Decker Inc. | A | Int./Div. | J | T | | | | | |
| 578. - -Starbucks Corp | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. - - State Street Corp. | A | Int./Div. | J | T | | | | | |
| 580. - - Stryker Corp | A | Int./Div. | J | T | | | | | |
| 581. - - Sun Trust Banks | A | Int./Div. | J | T | | | | | |
| 582. - - Synchrony Financial | A | Int./Div. | J | T | | | | | |
| 583. - - Sysco Corp | A | Int./Div. | J | T | | | | | |
| 584. - - Target Corp | A | Int./Div. | J | T | | | | | |
| 585. - - TE Connectivity Ltd | A | Int./Div. | J | T | | | | | |
| 586. - - Texas Instruments, Inc. | A | Int./Div. | J | T | | | | | |
| 587. - -The Priceline Group, Inc. | | None | | | Sold | 12/31/18 | J | | |
| 588. - - Thermo Fisher Corp | A | Int./Div. | J | T | | | | | |
| 589. - - Time Warner, Inc. | A | Int./Div. | | | Sold | 12/31/18 | J | | |
| 590. - -TJX Cos, Inc. | A | Int./Div. | J | T | | | | | |
| 591. - - Travelers Cos. | A | Int./Div. | J | T | | | | | |
| 592. - - Twenty-First Century Fox, CL A | A | Int./Div. | J | T | | | | | |
| 593. - - Tyson Foods, Inc. | A | Int./Div. | J | T | | | | | |
| 594. - - Union PAC Corp | A | Int./Div. | J | T | | | | | |
| 595. - -United Contl Holdings | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.  - -United Parcel Svc | A | Int./Div. | J | T | | | | | |
| 597.  - - United Technologies | A | Int./Div. | J | T | | | | | |
| 598.  - - UnitedHealthcare Group | A | Int./Div. | J | T | | | | | |
| 599.  - - US Bancorp | A | Int./Div. | J | T | | | | | |
| 600.  - - VF Corp | A | Int./Div. | J | T | | | | | |
| 601.  - - Valero Energy Corp | A | Int./Div. | J | T | | | | | |
| 602.  - - Ventas, Inc. | A | Int./Div. | J | T | | | | | |
| 603.  - - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 604.  - - Vertex Pharmaceuticals | | None | J | T | | | | | |
| 605.  - - Visa, Inc. | A | Int./Div. | J | T | | | | | |
| 606.  - - Wal-Mart Stores, Inc. | A | Int./Div. | J | T | | | | | |
| 607.  - - Walgreens Boots Alliance, Inc. | A | Int./Div. | J | T | | | | | |
| 608.  - -Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 609.  - - Waste Management, Inc. | A | Int./Div. | J | T | | | | | |
| 610.  - - Welltower Inc. | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 611.  - - Western Digital Corp. | A | Int./Div. | J | T | | | | | |
| 612.  - - Wells Fargo & Co New | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  - - Weyerhaeuser Co. | A | Int./Div. | J | T | | | | | |
| 614.  - - Williams Company | A | Int./Div. | J | T | | | | | |
| 615.  - - XCEL Energy | A | Int./Div. | J | T | | | | | |
| 616.  - -Yum Brands, Inc. | A | Int./Div. | J | T | | | | | |
| 617.  - - Yum China Holdings Inc. | | None | | | Sold | 04/27/18 | J | A | |
| 618.  - -Zimmer Biomet Holdings | A | Int./Div. | J | T | | | | | |
| 619.  - - Zoetis, Inc. | A | Int./Div. | J | T | | | | | |
| 620.  - - 3M Co | A | Int./Div. | J | T | | | | | |
| 621.  - - Acuity Brands Inc. | A | Int./Div. | | | Sold | 04/28/18 | J | | |
| 622.  - - Advance Auto Parts | A | Int./Div. | J | T | | | | | |
| 623.  - - AES Corp | A | Int./Div. | J | T | | | | | |
| 624.  - - Affiliated Managers Group | | None | | | Sold | 10/25/18 | J | | |
| 625.  - - Agilent Technologies | A | Int./Div. | J | T | | | | | |
| 626.  - - Akamai Technologies, Inc. | | None | | | Sold | 01/25/18 | J | A | |
| 627.  - - Alaska Air Group, Inc. | A | Int./Div. | J | T | | | | | |
| 628.  - - Albemarle Corp | | None | J | T | Buy | 07/09/18 | J | | |
| 629.  - - Alexandria Real Estate Equities Inc. | A | Int./Div. | | | Sold | 04/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  - - Allegion PLC | A | Int./Div. | J | T | | | | | |
| 631.  - - Alliance Data Systems Corp | A | Int./Div. | | | Sold | 10/25/18 | J | | |
| 632.  - - Ametek, Inc. | A | Int./Div. | J | T | | | | | |
| 633.  - -Apartment Invt & Mgmt Co | A | Int./Div. | J | T | | | | | |
| 634.  - - Arconic Inc | A | Int./Div. | J | T | Buy | 07/09/18 | J | | |
| 635.  - - Autodesk, Inc. | | None | J | T | | | | | |
| 636.  - - Avery Dennison Corp | A | Int./Div. | J | T | | | | | |
| 637.  - - Ball Corp | A | Int./Div. | J | T | | | | | |
| 638.  - - Best Buy, Inc. | A | Int./Div. | J | T | | | | | |
| 639.  - - Block, H & R, Inc. | A | Int./Div. | J | T | | | | | |
| 640.  - - Borg Warner Inc. | A | Int./Div. | J | T | | | | | |
| 641.  - - Brown - Forman, Inc. | A | Int./Div. | J | T | | | | | |
| 642.  - - CR Bard | A | Int./Div. | | | Sold | 10/25/18 | J | | |
| 643.  - - CA Inc Com | A | Int./Div. | | | Sold | 04/09/18 | J | A | |
| 644.  - -Cabot Oil & Gas Corp | A | Int./Div. | J | T | | | | | |
| 645.  - -Campbell Soup Co. | A | Int./Div. | | | Sold | 12/31/18 | J | | |
| 646.  - - Cardinal Health | | None | J | T | Buy | 10/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - - Carmax, Inc. | | None | J | T | | | | | |
| 648. - - CBOE Global Markets | A | Int./Div. | J | T | Buy | 08/14/18 | J | | |
| 649. - - CBRE Group, Inc. | | None | J | T | | | | | |
| 650. - - Celanese Corp | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 651. - - Centene Corp Del | | None | J | T | | | | | |
| 652. - - Centerpoint Energy | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 653. - - Century Link Inc. | A | Int./Div. | J | T | | | | | |
| 654. - -CF Inds Holds, Inc. | A | Dividend | J | T | | | | | |
| 655. - - Church & Dwight | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 656. - - Cimarex Energy | A | Int./Div. | | | Sold | 03/05/18 | J | | |
| 657. - - Cincinnati Financial Corp | A | Int./Div. | J | T | | | | | |
| 658. - - Cintas Corp | A | Int./Div. | J | T | | | | | |
| 659. - - Citizens Financial Group | A | Int./Div. | J | T | | | | | |
| 660. - - Citrix Systems | | None | J | T | | | | | |
| 661. - - Clorox Co | A | Int./Div. | J | T | | | | | |
| 662. - - CMS Energy Corp | A | Int./Div. | J | T | | | | | |
| 663. - -Comerica, Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

White, Helene N. 09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - - Conagra Brands Inc. | A | Int./Div. | | | Sold | 04/27/18 | J | | |
| 665. - - Consol Energy Inc. | A | Int./Div. | J | T | | | | | |
| 666. - - Coty Inc. | A | Int./Div. | J | T | Buy | 06/04/18 | J | | |
| 667. - - CSRA Inc. | A | Int./Div. | | | Sold | 04/09/18 | J | A | |
| 668. - - DR Horton, Inc. | A | Int./Div. | J | T | | | | | |
| 669. - - Darden Restaurants, Inc. | A | Int./Div. | J | T | | | | | |
| 670. - - Davita Healthcare Partners | | None | J | T | | | | | |
| 671. - - Delphi Technologies (f/n/a Delphi Automotive) | A | Int./Div. | | | Sold | 08/14/18 | J | A | |
| 672. - - Dentsply Int'l | A | Int./Div. | J | T | | | | | |
| 673. - - Discovery Inc. | | None | J | T | Buy | 01/25/18 | J | | |
| 674. - - Dover Corp | A | Int./Div. | J | T | | | | | |
| 675. - - Dr Pepper Snapple Group | A | Int./Div. | | | Sold | 12/31/18 | J | | |
| 676. - - DTE Energy Co | A | Int./Div. | J | T | | | | | |
| 677. - - E Trade Financial | | None | J | T | | | | | |
| 678. - - Eastman Chemical Co | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 679. - - Edwards Lifesciences Corp | | None | J | T | | | | | |
| 680. - - Entergy Corp | A | Int./Div. | | | Sold | 01/25/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - - EQT Corp | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 682. - - Equifax, Inc. | A | Int./Div. | J | T | | | | | |
| 683. - - Essex Property Trust REIT | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 684. - - Eversource Energy | A | Int./Div. | J | T | | | | | |
| 685. - - Expedia Inc. Del | A | Int./Div. | | | Sold | 10/25/18 | J | | |
| 686. - - Extra Space Storage Inc. | A | Int./Div. | | | Sold | 09/19/18 | J | A | |
| 687. - - Fastenal Co. | A | Int./Div. | J | T | | | | | |
| 688. - - Federal Realty Inv. TR | A | Int./Div. | | | Sold | 03/05/18 | J | | |
| 689. - - FirstEnergy Corp | A | Int./Div. | J | T | | | | | |
| 690. - - Flir Systems, Inc. | A | Int./Div. | J | T | | | | | |
| 691. - - Fluor Corp | A | Int./Div. | J | T | | | | | |
| 692. - - FMC Technologies, Inc. | A | Int./Div. | J | T | | | | | |
| 693. - - Gallagher Arthur J & Co | A | Int./Div. | J | T | | | | | |
| 694. - - Gartner Inc. | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 695. - - GGP Inc | | None | | | Sold | 06/04/18 | J | | |
| 696. - - Goodyear Tire & Rubber Co. | A | Int./Div. | | | Sold | 06/18/18 | J | | |
| 697. - - Grainger WW Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - - Harris Corp. | A | Int./Div. | J | T | | | | | |
| 699. - - Hartford Financial Svcs | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 700. - - Hasbro Inc. | A | Int./Div. | J | T | | | | | |
| 701. - - HCP Inc. | A | Int./Div. | J | T | Buy | 12/31/18 | J | | |
| 702. - - Helmerich & Payne, Inc. | A | Int./Div. | J | T | | | | | |
| 703. - - Henry Schein Inc. | | None | J | T | Buy | 03/05/18 | J | | |
| 704. - - Hormel Foods Corp | A | Int./Div. | J | T | | | | | |
| 705. - - Host Hotels & Resorts | A | Int./Div. | J | T | | | | | |
| 706. - - Incyte Corp | | None | J | T | Buy | 04/09/18 | J | | |
| 707. - - Interpublic Group of Companies | A | Int./Div. | J | T | | | | | |
| 708. - - Invesco Ltd | A | Int./Div. | | | Sold | 06/04/18 | J | | |
| 709. - - Iron Mtn Inc | A | Int./Div. | J | T | | | | | |
| 710. - - Jacobs Energy Group | A | Int./Div. | J | T | | | | | |
| 711. - - Jefferies Finl | A | Int./Div. | J | T | Buy | 05/24/18 | J | | |
| 712. - - Kansas City Southern | | None | J | T | | | | | |
| 713. - - KeyCorp New | A | Int./Div. | J | T | | | | | |
| 714. - - Kimco Realty Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - - Kla-Tencor Corp | A | Int./Div. | J | T | | | | | |
| 716. - - Kohls Corp | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 717. - - L Brands Inc | A | Int./Div. | | | Sold | 03/05/18 | J | A | |
| 718. - - Laboratory Corp America Holdings | | None | J | T | | | | | |
| 719. - - Lamb Weston Holdings | A | Int./Div. | J | T | | | | | |
| 720. - - Leucadia National Corp. | A | Int./Div. | | | Sold | 04/27/18 | J | | |
| 721. - - Lincoln National Corp | A | Int./Div. | J | T | | | | | |
| 722. - - LKQ Corp | | None | | | Sold | 04/27/18 | J | A | |
| 723. - - Loews Corp | A | Int./Div. | J | T | | | | | |
| 724. - - Macerich Co REIT | A | Int./Div. | J | T | | | | | |
| 725. - - Macy's Inc. | A | Int./Div. | J | T | | | | | |
| 726. - - Marathon Oil Corp | A | Int./Div. | J | T | | | | | |
| 727. - - Martin Marietta Materials | A | Int./Div. | J | T | | | | | |
| 728. - - Masco Corp | A | Int./Div. | J | T | | | | | |
| 729. - - Mattel, Inc. | A | Int./Div. | J | T | | | | | |
| 730. - - McCormick & Co. | A | Int./Div. | J | T | | | | | |
| 731. - - Mettler-Toledo Intl | | None | J | T | Buy | 10/25/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - - MFB Northern Mid Cap Index Fund | B | Int./Div. | M | T | | | | | |
| 733. - - MFC IShares TR Russell Mid-Cap ETF | A | Int./Div. | K | T | | | | | |
| 734. - - Microchip Technology, Inc. | A | Int./Div. | J | T | | | | | |
| 735. - - Mid-Amer Apt Cmntys Inc. | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 736. - - Mohawk Inds Inc. | | None | J | T | | | | | |
| 737. - - Mosaic Co | A | Int./Div. | J | T | | | | | |
| 738. - - Motorola Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 739. - - Nasdaq, Inc. | A | Int./Div. | J | T | | | | | |
| 740. - - National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 741. - - Nektar Therapeutics | | None | J | T | Buy | 12/31/18 | J | | |
| 742. - - News Corp Com CL A | A | Int./Div. | J | T | Buy | 09/19/18 | J | | |
| 743. - - News Corp Com CL B | A | Int./Div. | J | T | Buy | 07/09/18 | J | | |
| 744. - - Newfield Exploration | | None | | | Sold | 04/09/18 | J | | |
| 745. - - Navient Corp | A | Int./Div. | | | Sold | 11/29/18 | J | A | |
| 746. - - Newmont Mining Corp | A | Int./Div. | J | T | | | | | |
| 747. - - Nielsen Holdings PLC | A | Int./Div. | | | Sold | 03/05/18 | J | | |
| 748. - - Nisource, Inc. | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - - Noble Energy, Inc. | A | Int./Div. | | | Sold | 10/25/18 | J | | |
| 750. - - Nordstrom Inc. | A | Int./Div. | | | Sold | 04/09/18 | J | A | |
| 751. - - Northern Trust Corp | A | Int./Div. | J | T | | | | | |
| 752. - - NRG Energy, Inc. | A | Int./Div. | J | T | | | | | |
| 753. - - Oneok, Inc. | A | Int./Div. | J | T | | | | | |
| 754. - - Parker-Hannifin Corp | A | Int./Div. | | | Sold | 04/09/18 | J | A | |
| 755. - - Pentair PLC | A | Int./Div. | J | T | | | | | |
| 756. - - Peoples UTD Financial | A | Int./Div. | J | T | | | | | |
| 757. - - Perrigo Company Limited | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 758. - - Price T Rowe Group Inc. | A | Int./Div. | J | T | | | | | |
| 759. - - Principal Financial Group | A | Int./Div. | J | T | | | | | |
| 760. - - PVH Corp | A | Int./Div. | J | T | | | | | |
| 761. - - Qorvo Inc. | | None | J | T | | | | | |
| 762. - - Quanta Svcs | A | Int./Div. | J | T | Buy | 10/25/18 | J | | |
| 763. - - Quest Diagnostics, Inc. | A | Int./Div. | J | T | | | | | |
| 764. - - Ralph Lauren Corp | A | Int./Div. | J | T | | | | | |
| 765. - - Range Res Corp | A | Int./Div. | | | Sold | 01/25/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - - Realty Income Corp | A | Int./Div. | J | T | | | | | |
| 767. - - Red Hat Inc | | None | J | T | | | | | |
| 768. - - Regions Financial Corp | A | Int./Div. | J | T | | | | | |
| 769. - -Robert Half Intl | A | Int./Div. | J | T | | | | | |
| 770. - -Rockwell Automation | A | Int./Div. | J | T | | | | | |
| 771. - -Rockwell Collins, Inc. | A | Int./Div. | | | Sold | 11/28/18 | J | A | |
| 772. - - Scana Corp | A | Int./Div. | | | Sold | 03/05/18 | J | | |
| 773. - - Scripps Networks Interactive Inc. | A | Int./Div. | | | Sold | 03/08/18 | J | A | |
| 774. - - Skyworks Solutions, Inc. | A | Int./Div. | J | T | | | | | |
| 775. - - SL Green Realty | A | Int./Div. | J | T | | | | | |
| 776. - - Smucker JM Co | A | Int./Div. | J | T | | | | | |
| 777. - - Snap-on, Inc. | A | Int./Div. | J | T | | | | | |
| 778. - - Stanley Black & Decker | A | Int./Div. | J | T | | | | | |
| 779. - - Symantec Corp | A | Int./Div. | J | T | | | | | |
| 780. - - Take-Two Interactive Software | | None | J | T | Buy | 12/31/18 | J | | |
| 781. - -Textron, Inc. | A | Int./Div. | J | T | | | | | |
| 782. - - Tiffany & Co. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - -Torchmark Corp | A | Int./Div. | J | T | | | | | |
| 784. - - Tractor Supply Co. | A | Int./Div. | J | T | | | | | |
| 785. - - Tripadvisor, Inc. | | None | J | T | | | | | |
| 786. - - Under Armour, Inc. | | None | J | T | | | | | |
| 787. - - Varian Medical Systems Inc. | | None | J | T | | | | | |
| 788. - - Viacom Inc. New CL B | A | Int./Div. | J | T | | | | | |
| 789. - - Vornado Realty TR | A | Int./Div. | | | Sold | 04/09/18 | J | | |
| 790. - - Vulcan Materials Co. | A | Int./Div. | J | T | | | | | |
| 791. - - Waters Corp Com | | None | J | T | | | | | |
| 792. - - WEC Energy Group | A | Int./Div. | | | Sold | 01/25/18 | J | A | |
| 793. - - Western Digital Corp | A | Int./Div. | J | T | | | | | |
| 794. - -Western Union Co | A | Int./Div. | J | T | | | | | |
| 795. - - Westrock Co. | A | Int./Div. | J | T | | | | | |
| 796. - - Weyerhaeuser Co | A | Int./Div. | J | T | | | | | |
| 797. - - Whirlpool Corp | A | Int./Div. | J | T | | | | | |
| 798. - - Willis Towers Watson PLC | A | Int./Div. | J | T | | | | | |
| 799. - - Wynn Resorts, Ltd. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

White, Helene N.                                         09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  - - Xilinx, Inc. | A | Int./Div. | J | T | | | | | |
| 801.  - - XYLEM Inc. | A | Int./Div. | | | Sold | 04/27/18 | J | A | |
| 802.  - - Zions Bancorp | A | Int./Div. | J | T | | | | | |
| 803.  - - Chesapeake Energy Corp | | None | | | Sold | 03/05/18 | J | A | |
| 804.  - - ILG Inc. | A | Int./Div. | | | Sold | 09/04/18 | J | A | |
| 805.  - - Ingevity Corp | A | Int./Div. | | | Sold | 04/09/18 | J | A | |
| 806.  - - Legg Mason Inc. | A | Int./Div. | | | Sold | 09/19/18 | J | A | |
| 807.  - -MFC Ishares Trust Core S&P Small Cap ETF | B | Int./Div. | L | T | | | | | |
| 808.  - -MFO DFA US Small Cap Portfolio | A | Int./Div. | L | T | | | | | |
| 809.  - - Patterson Cos, Inc. | A | Int./Div. | | | Sold | 03/05/18 | J | | |
| 810.  - - Teradata Corp | | None | J | T | | | | | |
| 811.  - -MFB Northern Intl Equity Index Fund | C | Int./Div. | M | T | | | | | |
| 812.  - -MFC FlexShares TR Mornginstar Dev Market Ex US Factor Fd | C | Int./Div. | M | T | | | | | |
| 813.  - -MFC Spdr Index Shs Fds Dow Jones Intl Real Estate ETF | D | Int./Div. | L | T | | | | | |
| 814.  - - MFO DFA INtl Small Co Portfolio Fund | B | Int./Div. | K | T | | | | | |
| 815.  - - Micro Focus Intl PLC Sponsored ADR New Spon ADR | | None | | | Sold | 04/09/18 | J | | |
| 816.  - -MFO Neuberger Berman Equity Fds Intl Institutional Fund | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. - -MFB Northern Funds Multi-Manager Emerging Mkts Fund | A | Int./Div. | K | T | | | | | |
| 818. - -MFB Northern Funds Emerging Mkts Equity Index Fund | A | Int./Div. | K | T | | | | | |
| 819. - - MFC Flexshares TR Morningstar Emerging Mktsfact | A | Int./Div. | K | T | | | | | |
| 820. - - MFO DFA Invt Dimensions Group, Inc. Emerging Mkts Core | B | Int./Div. | K | T | | | | | |
| 821. - - Altaba Inc. | | None | | | Sold | 04/27/18 | J | A | |
| 822. - - Andeavor Com | A | Int./Div. | | | Sold | 10/04/18 | J | A | |
| 823. - - APTIV PLC Com | A | Int./Div. | J | T | | | | | |
| 824. - - Baker Hughes A GE Co | A | Int./Div. | J | T | | | | | |
| 825. - - CNX Resources | | None | J | T | | | | | |
| 826. - - Advansix Inc. | | None | | | Sold | 04/09/18 | J | | |
| 827. - - Com Alcoa Corp | | None | J | T | | | | | |
| 828. - - Safeway Casa Ley NPV | | None | | | Sold | 02/26/18 | J | | |
| 829. - - Safeway PDC LLV CVR | | None | | | Sold | 04/25/18 | J | | |
| 830. - - Tapestry, Inc. | A | Int./Div. | | | Sold | 11/29/18 | J | A | |
| 831. - - Varex Imaging Corp | | None | | | Sold | 08/14/18 | J | A | |
| 832. - - Topbuild Corp | | None | | | Sold | 04/27/18 | J | | |
| 833. - - Urban Edge PPTYS | A | Int./Div. | | | Sold | 04/09/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|

White, Helene N.

09/16/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  - - Enbridge Inc. | A | Int./Div. | J | T | | | | | |
| 835.  - - Equitrans Midstream Corp | | None | J | T | Buy | 10/31/18 | J | | |
| 836.  - - Linde PLC Com | A | Int./Div. | J | T | Buy | 10/31/18 | J | | |
| 837.  - - Nvent Electric PLC | A | Int./Div. | J | T | Buy | 05/01/18 | J | | |
| 838.  - - MFO Blackrock Rds High Yield Portfolio Instl CL | C | Int./Div. | L | T | | | | | |
| 839.  - - Alaska Mun Bd Bk Alaska Mun Bd 5.0% | C | Int./Div. | L | T | | | | | |
| 840.  - - New York, NY 5.0%, due 8.1.2019 | C | Int./Div. | | | Sold | 08/28/18 | L | | |
| 841.  - - Olathe Kansas 4.0%, DUE 10.1.2019 | C | Int./Div. | | | Sold | 09/18/18 | L | | |
| 842.  - -Texas State 5.0%, DUE 10.1.2019 | C | Int./Div. | L | T | | | | | |
| 843.  - - Alpine Utah Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 844.  - - Duchesne Cnty Utah Sch Dist 5.0% | C | Int./Div. | L | T | | | | | |
| 845.  - - Florida State 5.0% due 7.1.2020 | C | Int./Div. | L | T | | | | | |
| 846.  - - Grand Prarie, TX Indpt Sch Dist 5.0% | C | Int./Div. | | | Sold | 10/22/18 | L | | |
| 847.  - - Montgomery Cnty Tn, 5.0%, DUE 4.1.2020 | C | Int./Div. | | | Sold | 10/22/18 | L | | |
| 848.  - - Ohio State 5.0%, DUE 9.1.2020 | B | Int./Div. | | | Sold | 02/15/18 | L | | |
| 849.  - -University Texas Univ Revs 5.0% | C | Int./Div. | L | T | | | | | |
| 850.  - - Fairfax County VA 5.0%, DUE 10.1.2021 | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

White, Helene N.

09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - - University of Texas Perm Univ Fd 5.0% | C | Int./Div. | L | T | | | | | |
| 852. - -California State 5.5%., DUE 4.1.2024 | D | Int./Div. | M | T | | | | | |
| 853. - - Los Angeles Calif Uni Sch Dist 5.% | A | Int./Div. | | | Sold | 02/15/18 | L | | |
| 854. - - Maryland ST 5.0%, DUE 8.1.2024 | C | Int./Div. | L | T | | | | | |
| 855. - - Metropolitan Tans Auth NY Rev 5.% | C | Int./Div. | L | T | | | | | |
| 856. - - Clark County Nevada School District 5.0% | C | Int./Div. | L | T | | | | | |
| 857. - - Bay Area Toll Auth Calif Toll Brdg Rev 2.0% | B | Int./Div. | M | T | | | | | |
| 858. - - Baltimore Cnty Md 5.0% DUE 2.1.2023 | C | Int./Div. | L | T | | | | | |
| 859. - - Overland Park, Kansas 5.0% DUE 9.1.2023 | C | Int./Div. | L | T | | | | | |
| 860. - - Charleston Cnty S C 5.0% DUE 11.1.2025 | D | Int./Div. | L | T | Buy | 08/30/18 | L | | |
| 861. - - Washington State 5.0%, DUE 8.1.2025 | C | Int./Div. | L | T | | | | | |
| 862. - - Henrico Cnty VA 5.0%, DUE 8.1.2026 | C | Int./Div. | L | T | Buy | 10/25/18 | L | | |
| 863. - - New York St Urban Dev | C | Int./Div. | L | T | Buy | 09/27/18 | L | | |
| 864. - - North Carolina St REF SER A 5.0% DUE 6.1.26 | C | Int./Div. | L | T | Buy | 10/22/18 | L | | |
| 865. - - MFB Northern Fds High Yield Muni Fund | C | Int./Div. | L | T | | | | | |
| 866. - - MFC Flexshares TR IBOXX 3 year target Tips Index Fund | A | Int./Div. | L | T | | | | | |
| 867. - -MFC Flexshares TR IBOXX 5 year target Tips Index Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

White, Helene N.

09/16/2019

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - - MFO DFA Intl Small Co Portfolio Fund | B | Int./Div. | | | Sold | 12/31/18 | K | | |
| 869. - -MFB Northern Funds Mun Money Market Fund | A | Int./Div. | J | T | | | | | |
| 870. - - MFC FlexShares Tr Morningstar Global Upstream Nat Res | A | Int./Div. | L | T | | | | | |
| 871. - - MFC IShares Gold Trust | A | Dividend | J | T | | | | | |
| 872. - LTR 2010 TR - Morgan Stanley Inv. Acct (lines 873-905) | | | | | | | | | |
| 873. - - Morgan Stanley Money Market Account | A | Interest | L | T | | | | | |
| 874. - - First Trust Dorsey Wright FO (FV) | B | Int./Div. | | | Sold | 12/17/18 | M | A | |
| 875. - - Goldman Sachs Access TRE | B | Int./Div. | L | T | Buy | 02/08/18 | L | | |
| 876. - - Ishares Core U.S. Aggregate | D | Int./Div. | N | T | | | | | |
| 877. - - Ishares JP Morgan EM Bond ETF (EMB) | C | Int./Div. | L | T | | | | | |
| 878. - - IShares S&P Mid-Cap 400 G ETF | B | Int./Div. | M | T | | | | | |
| 879. - - IShares S&P Small Cap 600 V ETF | B | Int./Div. | M | T | | | | | |
| 880. - -IShares Short Maturity Bond | B | Int./Div. | M | T | | | | | |
| 881. - - Ishares Small Cap 600 G ETF (IJT) | B | Int./Div. | M | T | | | | | |
| 882. - - Janus Henderson Sht Dur | C | Int./Div. | M | T | Buy | 02/08/18 | M | | |
| 883. - - JPM Diversified | A | Int./Div. | M | T | Buy | 10/29/18 | M | | |
| 884. - - JPMorgan Ultra-Short Inc ETF | C | Int./Div. | M | T | Buy | 05/22/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 57 of 80

Name of Person Reporting

White, Helene N.

Date of Report

09/16/2019

White, Helene N.

09/16/2019

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. - - Pacer Trendpilot US Large Cap | B | Int./Div. | M | T | Buy | 04/25/18 | M | | |
| 886. - - Vanguard Growth ETF | C | Int./Div. | N | T | | | | | |
| 887. - - Vanguard Index Fds S&P 500 ETF (V00) | D | Int./Div. | N | T | | | | | |
| 888. - - Vanguard Mid Cap Value ETF (VOE) | C | Int./Div. | M | T | | | | | |
| 889. - - Vanguard REIT ETF | C | Int./Div. | L | T | | | | | |
| 890. - - Victoryshares US Larg Cap H | A | Int./Div. | N | T | Buy | 12/17/18 | N | | |
| 891. - - Vanguard Value ETF Index | A | Int./Div. | | | Sold | 01/19/18 | N | A | |
| 892. - - Detroit Mich Sew Disp Rev Ref Ser-A | C | Interest | | | Redeemed | 10/18/18 | L | | |
| 893. - -Chicago Ill Genl Oblig Proj & Ref Ser-A | C | Interest | M | T | | | | | |
| 894. - -Florida St Dept Env Protn Preservation Rev Ser B | C | Interest | | | Redeemed | 07/02/18 | M | | |
| 895. - - Sunrrise, FL Util Sys Rev Rfdg | C | Interest | | | Redeemed | 02/21/18 | M | | |
| 896. - - Allegheny Cnty PA Genl Oblig | D | Interest | M | T | | | | | |
| 897. - - Nevada State Sys of Higher Edu Univ Rev Ser-A | C | Interest | L | T | | | | | |
| 898. - - Wisconsin St Health & Edl Facs Auth Rev B-3 Marquette U | D | Interest | M | T | | | | | |
| 899. - - Blackrock Global Allocation I | A | Int./Div. | | | Sold | 01/30/18 | M | | |
| 900. - - Blackstone Alt Mult-Strat Inst (BXMIX) | A | Int./Div. | M | T | | | | | |
| 901. - - Catalyst Millburn HGD Strat I | A | Int./Div. | L | T | Buy | 12/17/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**

Page 58 of 80

**Name of Person Reporting**

White, Helene N.

**Date of Report**

09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. - - First Eagle Global I | C | Int./Div. | M | T | | | | | |
| 903. - - Harding Loevner INtl Eqty Inst (HLMIX) | C | Int./Div. | N | T | | | | | |
| 904. - - Janus Flexible Bond I (JFLEX) | D | Int./Div. | | | Sold | 12/19/18 | N | | |
| 905. - - Virtus Insight Emerg Mkts I (HIEMX) | A | Int./Div. | M | T | | | | | |
| 906. L Fam TR fbo BW (H) | | | | | | | | | |
| 907. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | U | | | | | |
| 908. - - Wells Fargo checking account (fna Wachovia) | A | Interest | J | T | | | | | |
| 909. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 910. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | U | | | | | |
| 911. - UBS Acct #1 (H) | | | | | | | | | |
| 912. - - Clearbridge Aggresive Growth Fund | A | Int./Div. | J | T | | | | | |
| 913. - - Fidelity Advisor New Insights Fund Class I | | None | J | T | Buy | 08/16/18 | J | | |
| 914. - - Salient MLP & Energy Infrastructure Fund | A | Int./Div. | | | Distributed | 07/19/18 | J | | |
| 915. - - Smead Value Fund | D | Int./Div. | K | T | | | | | |
| 916. - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 917. - - Alphabet Inc. CL A | A | Int./Div. | J | T | | | | | |
| 918. - - Alphabet Inc. CL C | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - - Amazon.Com Inc | A | Int./Div. | K | T | Buy | 02/09/18 | J | | |
| 920. - - Apple Inc. | A | Int./Div. | J | T | | | | | |
| 921. - - Berkshire Hathaway, Inc. | A | Int./Div. | K | T | | | | | |
| 922. - - Bioverative, Inc. (f/n/a Biogen, Inc.) | A | Int./Div. | | | Sold | 03/09/18 | K | | |
| 923. - - Canopy Growth Corp | A | Int./Div. | J | T | | | | | |
| 924. - - Citizens Financial Group | A | Int./Div. | J | T | Buy | 10/26/18 | J | | |
| 925. - - Celegene Corp | A | Int./Div. | | | Sold | 01/23/18 | J | | |
| 926. - - Facebook Inc. CL A | A | Int./Div. | K | T | Buy (add'l) | 11/20/18 | J | | |
| 927. - - Fanuc Corp ADR | A | Int./Div. | | | Distributed | 07/19/18 | J | | |
| 928. - - Ferrari NV New EUR | A | Int./Div. | J | T | | | | | |
| 929. - - GW Pharmaceuticals | A | Int./Div. | J | T | | | | | |
| 930. - - Insys Therapeutics Inc. | A | Int./Div. | | | Distributed | 07/19/18 | J | | |
| 931. - - LVMH Moet Hennessy Louis | A | Int./Div. | J | T | | | | | |
| 932. - - Microsoft Corp | A | Int./Div. | K | T | | | | | |
| 933. - - Nike Inc., CL B | A | Int./Div. | J | T | | | | | |
| 934. - - Oracle Corp | A | Int./Div. | | | Distributed | 07/19/18 | J | | |
| 935. - - Starbucks Corp | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. - - T-Mobile US Inc. | A | Int./Div. | | | Sold | 01/25/18 | J | | |
| 937. - - Twilio Inc. | A | Int./Div. | J | T | | | | | |
| 938. - - Twitter Inc. | A | Int./Div. | | | Sold | 02/08/18 | L | D | |
| 939. - - Visa Inc. | A | Int./Div. | J | T | | | | | |
| 940. - - Walt Disney Co. | A | Int./Div. | J | T | | | | | |
| 941. - UBS Acct #2 (H) | | | | | | | | | |
| 942. - - UBS Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 943. - - Accenture PLC Ireland | A | Int./Div. | J | T | | | | | |
| 944. - - Blackrock Inc. | A | Int./Div. | J | T | | | | | |
| 945. - - British Amer Tobacco PLC | A | Int./Div. | | | Sold | 10/08/18 | J | | |
| 946. - - Chevron Corp | A | Int./Div. | J | T | | | | | |
| 947. - - Chubb Ltd | A | Int./Div. | J | T | | | | | |
| 948. - - Coca Cola Co. | A | Int./Div. | J | T | | | | | |
| 949. - - Colgate Palmolive Co | A | Int./Div. | | | Sold | 11/05/18 | J | | |
| 950. - - Comcast Corp New CL A | A | Int./Div. | J | T | Buy | 03/05/18 | J | | |
| 951. - - Crane Co | A | Int./Div. | J | T | | | | | |
| 952. - - Diageo PLC | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. - - Home Depot Inc. | A | Int./Div. | J | T | | | | | |
| 954. - - Intel Corp | A | Int./Div. | J | T | | | | | |
| 955. - - Invesco Ltd | A | Int./Div. | | | Sold | 10/08/18 | K | A | |
| 956. - - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 957. - - JPMorgan Chase & Co | A | Int./Div. | J | T | Buy | 01/08/18 | J | | |
| 958. - - Linde PLC Eur | A | Int./Div. | J | T | Buy | 07/24/18 | J | | |
| 959. - - Lockheed Martin Corp | A | Int./Div. | J | T | | | | | |
| 960. - - Marsh & McLennan Cos | A | Int./Div. | J | T | | | | | |
| 961. - - McDonalds Corp | A | Int./Div. | J | T | | | | | |
| 962. - - Medtronic PLC | A | Int./Div. | J | T | | | | | |
| 963. - - Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 964. - - Nextera Energy Inc. | A | Int./Div. | J | T | | | | | |
| 965. - - Novartis AG | A | Int./Div. | J | T | | | | | |
| 966. - - Pepsico Inc. | A | Int./Div. | | | Sold | 01/08/18 | J | A | |
| 967. - - Praxair, Inc. | A | Int./Div. | | | Sold | 10/31/18 | J | A | |
| 968. - - Republic Services Inc. | A | Int./Div. | J | T | Buy | 06/11/18 | J | | |
| 969. - - Rockwell Automation Inc. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. - - Suncor Energy Inc. | A | Int./Div. | J | T | | | | | |
| 971. - -SunTrust Banks Inc. | A | Int./Div. | J | T | Buy | 04/09/18 | J | | |
| 972. - - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 973. - - Union Pacific Corp | A | Int./Div. | J | T | | | | | |
| 974. - - United Technologies | A | Int./Div. | J | T | | | | | |
| 975. - - VF Corp | A | Int./Div. | J | T | | | | | |
| 976. L Fam TR fbo FW (H) | | | | | | | | | |
| 977. - - 45% Membership Int in LFT, LLC | B | Int./Div. | P1 | U | | | | | |
| 978. - - Wells Fargo checking account (fna Wachovia) | A | Interest | J | T | | | | | |
| 979. - - 1% Membership interest in Unit 610, LLC (Snowmass, CO) | A | Rent | J | W | | | | | |
| 980. - - 5% Membership interest in HBF Investments, LLC | B | Distribution | J | T | | | | | |
| 981. Promissory Note from LFT-BW | F | Interest | P1 | T | | | | | |
| 982. Promissory Note from LFT-FW | F | Interest | P1 | T | | | | | |
| 983. Promissory Note from LFT-FL | D | Interest | M | T | | | | | |
| 984. Promissory Note from LFT-AL | D | Interest | M | T | | | | | |
| 985. W Fam Foundation, Director and President (H) | | | | | | | | | |
| 986. - - Raymond James Bank Dep Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 63 of 80

Name of Person Reporting

White, Helene N.

Date of Report

09/16/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - - American Beacon Sound Point FLTG Rate Inc | A | Int./Div. | J | T | Buy | 07/18/18 | J | | |
| 988. - - Blackrock Strategic Inc. Opportunites Port Instl | B | Int./Div. | K | T | | | | | |
| 989. - - BMO Low Volatility Equity Fund Class A | A | Int./Div. | K | T | | | | | |
| 990. - - Carillon Eagle Mid Cap Growth Fund Class I | | None | K | T | Buy | 02/16/18 | K | | |
| 991. - - Dodge & Cox Income Fund | A | Int./Div. | K | T | | | | | |
| 992. - - Nuveen Santa Barbara Growth A | A | Int./Div. | L | T | | | | | |
| 993. - -Osterweis Strat Income Fund | B | Int./Div. | K | T | | | | | |
| 994. - - First Eagle Fund of America CL A | A | Int./Div. | | | Sold | 02/16/18 | K | A | |
| 995. - - MFS International Growth FUnd Class I N/L | A | Int./Div. | K | T | | | | | |
| 996. - -Litman Gregory Masters Alternative Strgy Fund | A | Int./Div. | | | Sold | 07/18/18 | J | | |
| 997. - - Parnassus Core Euqity Fund Investor Class N/L | A | Int./Div. | K | T | | | | | |
| 998. R Fam. Foundation, Director (H) | | | | | | | | | |
| 999. - - FMI Large Cap Fund - Inst | A | Int./Div. | | | Sold | 03/27/18 | L | A | |
| 1000. - - Fidelity 500 Index Fund | A | Int./Div. | K | T | Buy | 02/13/18 | K | | |
| 1001. - - Invesco QQQ TR UnitSer1 | A | Int./Div. | J | T | Buy | 11/28/18 | J | | |
| 1002. - - Parnassus Core Equity Fund | A | Int./Div. | J | T | Buy | 12/24/18 | J | | |
| 1003. - - Primecap Odyssey Stock Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. - - SIT MUT FDS Inc Dividend Growth | A | Int./Div. | K | T | | | | | |
| 1005. - - SPDR S&P 500 ETF Trust | | None | | | Sold | 01/09/18 | K | E | |
| 1006. - - AMG Managers Fairpointe Mid Cap | A | Int./Div. | | | Sold | 05/16/18 | K | A | |
| 1007. - - SPDR S&P Oil & Gas Exp & PR | A | Int./Div. | J | T | Sold (part) | 01/09/18 | J | A | |
| 1008. - - Vanguard Mid-Cap ETF | A | Int./Div. | K | T | Buy | 03/29/18 | K | | |
| 1009. - - Artisan Intl Value Fund - Inv | A | Int./Div. | J | T | Sold (part) | 01/08/18 | K | C | |
| 1010. - - Matthews Asia Dividend Inst | A | Int./Div. | K | T | | | | | |
| 1011. - - IShares Core MSCI Emerging | A | Int./Div. | J | T | Buy | 09/19/18 | J | | |
| 1012. - - Dodge & Cox International Stock | A | Int./Div. | J | T | Sold (part) | 01/08/18 | J | C | |
| 1013. - - Fidelity International Index Fund | A | Int./Div. | J | T | | | | | |
| 1014. - - Oakmark International - Inst | A | Int./Div. | K | T | | | | | |
| 1015. - - IShares Inc MSCI Japan New | A | Int./Div. | J | T | Buy | 12/17/18 | J | | |
| 1016. - - Xtrackers MSCI Europe Hedged Equity | A | Int./Div. | | | Sold | 01/11/18 | K | B | |
| 1017. - - Xtrackers MSCI Japan Hedged Equity | A | Int./Div. | | | Sold | 02/14/18 | K | A | |
| 1018. - - Ishares MSCI India ETF | A | Int./Div. | K | T | | | | | |
| 1019. - - Lazard Emerg Mkt Eqy-Inst | A | Int./Div. | | | Sold | 05/17/18 | J | | |
| 1020. - -Neuberger Ber GR China EQ-IS | A | Int./Div. | J | T | Sold (part) | 01/08/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. - - Vaneck Vectors Gold Miners ETF | A | Int./Div. | J | T | Buy | 12/24/18 | J | | |
| 1022. - - Vanguard FTSE Europe ETF | A | Int./Div. | | | Sold | 09/21/18 | K | A | |
| 1023. - - AQR Equity Market Neutral - R6 | A | Int./Div. | K | T | | | | | |
| 1024. - - AQR Long-Short Equity R6 | A | Int./Div. | | | Sold | 09/21/18 | J | | |
| 1025. - - Blackstone Alt Multi-Strat Y | A | Int./Div. | K | T | Sold (part) | 01/05/18 | J | A | |
| 1026. - - CRM Long/Short Opportunities Fund | | None | J | T | Buy | 11/16/18 | J | | |
| 1027. - - Chilton Strategic European Equities | A | Int./Div. | | | Sold | 11/19/18 | K | | |
| 1028. - - Diamond Hill Long/Short-I | | None | J | T | Buy | 11/16/18 | J | | |
| 1029. - - Neuberger Berman Long SH-INS | | None | J | T | Buy | 11/16/18 | J | | |
| 1030. - - The Arbitrage Fd-I | A | Int./Div. | J | T | | | | | |
| 1031. - - Prudential Global Real Est-Z | A | Int./Div. | J | T | | | | | |
| 1032. - - Tortoise MLP & Pipeline -Inst | A | Int./Div. | K | T | | | | | |
| 1033. - - SPDR Gold Shares | A | Int./Div. | | | Sold | 01/09/18 | K | | |
| 1034. - - IShares Gold Trust | A | Int./Div. | J | T | Buy | 03/20/18 | J | | |
| 1035. - - Doubleline FDS TR | | None | | | Sold | 01/08/18 | J | | |
| 1036. - - Doubleline Total Ret Bond | A | Int./Div. | J | T | Buy | 03/20/18 | J | | |
| 1037. - - JPM Prime MM FD - Instl | A | Int./Div. | | | Sold | 09/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. - - JPMorgan Managed Income | A | Int./Div. | J | T | Buy | 03/06/18 | J | | |
| 1039. - - Dodge & Cox Income Fund | A | Int./Div. | J | T | | | | | |
| 1040. - - Schwab U.S. Tips ETF | A | Int./Div. | J | T | Sold (part) | 01/09/18 | J | A | |
| 1041. - - Vanguard Total Bond Market Index Fund | A | Int./Div. | K | T | | | | | |
| 1042. - - Blackrock High Yield Bond | | None | | | Sold | 01/08/18 | L | A | |
| 1043. Brokerage Acct #10 (Baird) (H) | | | | | | | | | |
| 1044. - - Money Market Fund | A | Dividend | J | T | | | | | |
| 1045. - - Amgen, Inc. | D | Dividend | M | T | | | | | |
| 1046. - - Apple, Inc. | C | Dividend | M | T | | | | | |
| 1047. - - Ash Grove Cem Co. | B | Dividend | | | Sold | 06/22/18 | N | G | |
| 1048. - - Automatic Data Processing | D | Dividend | O | T | | | | | |
| 1049. - - Berkshire Hathaway Inc. Del CL A Fmly Common | | None | O | T | | | | | |
| 1050. - - Boswell JG CO Com | C | Dividend | M | T | | | | | |
| 1051. - - Bristol Myers Squibb | D | Dividend | M | T | | | | | |
| 1052. - - Broadridge Financial Solutions | D | Dividend | N | T | | | | | |
| 1053. - - Brown-Forman Corp CL B | A | Dividend | L | T | | | | | |
| 1054. - - Walt Disney Co. | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - - Exxon Mobil Corp | D | Dividend | M | T | | | | | |
| 1056. - - Johnson & Johnson | C | Dividend | M | T | | | | | |
| 1057. - - Merck & Co, Inc. New Com N/C | D | Dividend | N | T | | | | | |
| 1058. - - Microsoft Corp. | D | Dividend | N | T | | | | | |
| 1059. - - Nestle SA Spon | D | Dividend | N | T | | | | | |
| 1060. - - Novo-Nordisk AS ADR | D | Dividend | N | T | | | | | |
| 1061. - - NSTAR Elec Co PFD | D | Dividend | M | T | | | | | |
| 1062. - - PAC CAR Inc Com | D | Dividend | N | T | | | | | |
| 1063. - - Paychex, Inc. | D | Dividend | M | T | | | | | |
| 1064. - - Rayonier, Inc. | C | Dividend | | | Sold | 03/21/18 | M | F | |
| 1065. - - Raytheon Co. New | D | Dividend | N | T | | | | | |
| 1066. - - Royal Dutch Shell PLC Spons ADR Repstg B SHS | D | Dividend | M | T | | | | | |
| 1067. - - Tesla Mtrs Inc. | | None | | | Sold | 01/02/18 | L | G | |
| 1068. - - Time Warner, Inc. NEW | B | Dividend | | | Sold | 06/01/18 | L | E | |
| 1069. - - US Bancorp DE | D | Dividend | M | T | | | | | |
| 1070. - - Ventas, Inc. | D | Dividend | M | T | | | | | |
| 1071. - - WTB Finl Corp CMT CL B COM Non Vtg | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. - - Welltower, Inc. (name change from Health Care Reit) | D | Dividend | M | T | | | | | |
| 1073. - -Weyerhaeuser Co. | D | Dividend | | | Sold | 12/04/18 | M | | |
| 1074. - -XYLEM, Inc. | C | Dividend | N | T | Sold (part) | 06/01/18 | M | G | |
| 1075. - - Baird Chautauqua Intl Growth Instl CL | A | Dividend | M | T | | | | | |
| 1076. - -Ann Arbor Mich Trans FDR REF | B | Interest | M | T | | | | | |
| 1077. - -Benton Cnty, Wash GO Ser 2003 | D | Interest | M | T | | | | | |
| 1078. - -Georgia State GO BDS Ser 2007 | C | Interest | M | T | | | | | |
| 1079. - - King Cnty, Wash Ltd Tax GO | D | Interest | N | T | | | | | |
| 1080. - - Three Rivers Mich Cmnty SCHS GO | A | Interest | | | Sold | 05/01/18 | L | | |
| 1081. - - Oregon State Dept Trans | C | Interest | M | T | | | | | |
| 1082. - - Utah State GO BDS Ser 2009C | C | Interest | | | Sold | 07/02/18 | M | | |
| 1083. - - Oakland County, Michigan Bldg Auth Rev | C | Interest | | | Sold | 11/01/18 | M | | |
| 1084. - - Michigan Muni Bd Auth Rev Clean Water | B | Interest | L | T | | | | | |
| 1085. - - King Co Washington Sch Dist No 411 | D | Interest | N | T | | | | | |
| 1086. - - North Thurston Pub Schls Washington GO Ref Bds | C | Interest | M | T | | | | | |
| 1087. - - Overland Park KS Internal | C | Interest | M | T | | | | | |
| 1088. - - Columbus, Ohio Various Purpose Series A | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1089. - - Seattle, Wash GO Impt Bds | C | Interest | M | T | | | | | |
| 1090. - -Houston, TX Indpt Sch Dist RFDG Ser A | D | Interest | M | T | | | | | |
| 1091. - - King Cnty WA Sch Dist 411 Issaquah Rfdg B/E | B | Interest | L | T | | | | | |
| 1092. - - Maryland State St & Local FAC | D | Interest | N | T | | | | | |
| 1093. - - Bloomfield Hills MI Schs Dist | C | Interest | M | T | | | | | |
| 1094. - - Livingston Co MI RFDG | D | Interest | N | T | | | | | |
| 1095. - - Alpine, UT Sch Dist Bld Ser B | D | Interest | M | T | Buy | 01/16/18 | M | | |
| 1096. - -Ann Arbor, MI Sch Dist | C | Interest | M | T | | | | | |
| 1097. - - Raleigh NC Rfdg Ser A | B | Interest | L | T | | | | | |
| 1098. - - Tacoma, WA RfDG Ltd Tax | B | Interest | K | T | Buy | 03/21/18 | K | | |
| 1099. - - Birmingham, MI RFDG B/E PTC | C | Interest | L | T | | | | | |
| 1100. - - King Co. WA School Dist 415 Ken B/E | A | Interest | K | T | | | | | |
| 1101. - - Parker Co. TX B/E PTC | B | Interest | K | T | | | | | |
| 1102. - - Seattle WA Drain & Wstwtr Rev RFDG | A | Interest | K | T | | | | | |
| 1103. Brokerage Acct #11 (U.S. TRUST) | | | | | | | | | |
| 1104. - - BOFA Tax Exempt Reserves | C | Interest | M | T | | | | | |
| 1105. - - Ishares Core S&P Mid Cap ETF | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. - - CEF Ishares Core S&P Small Cap | B | Dividend | M | T | | | | | |
| 1107. - - IShares MSCI EAFE ETF | D | Dividend | M | T | | | | | |
| 1108. - - Ishares Core MISCI Emerging Markets | B | Dividend | L | T | Sold (part) | 03/14/18 | L | | |
| 1109. - - Lancaster Co. Neb Sch Dis GO Bond | D | Interest | N | T | | | | | |
| 1110. - - Gwinnett Cnty GA, Wtr & Sewer BDS | D | Interest | N | T | | | | | |
| 1111. - - Brazos Cnty Tex CTFS of OBL LTD Bonds | D | Interest | M | T | | | | | |
| 1112. - - Maryland State GO BDS State and Local Fasc | C | Interest | M | T | Buy | 07/17/18 | M | | |
| 1113. - - Virginia College Bldg Auth VA REV BDS | C | Interest | M | T | Buy | 07/16/18 | M | | |
| 1114. - -Massashusetts State GO BDS | B | Interest | L | T | Buy | 06/28/18 | L | | |
| 1115. - - Orange Cnty Fla Tourist Dev | B | Interest | L | T | Buy | 06/22/18 | L | | |
| 1116. - - Orange Cnty NC Ltd Oblig Bds | B | Interest | L | T | Buy | 06/28/18 | L | | |
| 1117. - - Santa Fe Texas Indpt Sch Dist | B | Interest | L | T | Buy | 06/27/18 | L | | |
| 1118. - - Pigeon Forge Tenn GO Ref Bonds | D | Interest | M | T | | | | | |
| 1119. - - Cedar Park, Tex GO Ref Bonds | A | Interest | | | Sold | 02/15/18 | N | | |
| 1120. - - Sedgwick County Kansas Sch Dist Bd | D | Interest | M | T | | | | | |
| 1121. - - Madison Cnty Miss Sch Dist Bonds | D | Interest | N | T | | | | | |
| 1122. - - Hillsborough Cnty Fla Environmental BD | A | Interest | | | Sold | 07/02/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. - - State Univ Iowa Rev Recreational Facs Rev | D | Interest | M | T | | | | | |
| 1124. - - Franklin Ftlg Rate Daily Access | C | Dividend | M | T | | | | | |
| 1125. - - AQR Long-Short Equity Fund | B | Int./Div. | | | Sold | 09/27/18 | N | | |
| 1126. - - Boston Partners Long/Short Resh Fund Instl CL | A | Int./Div. | N | T | Buy | 09/27/18 | N | | |
| 1127. - Brokerage Account #11 US Trust Sub-Acct B | | | | | | | | | |
| 1128. - - BOFA Tax Exempt Money Fund | A | Int./Div. | K | T | | | | | |
| 1129. - - Adient PLC Ireland | A | Dividend | | | Sold | 06/18/18 | J | A | |
| 1130. - - Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 1131. - - AT&T | A | Dividend | J | T | | | | | |
| 1132. - - Boeing Co | A | Dividend | J | T | | | | | |
| 1133. - - Chevron Corp | A | Dividend | J | T | Sold (part) | 02/14/18 | J | A | |
| 1134. - - Chubb Ltd | A | Dividend | J | T | | | | | |
| 1135. - - Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 1136. - - Conoco Philips | A | Dividend | J | T | | | | | |
| 1137. - - Corning, Inc. | A | Dividend | J | T | | | | | |
| 1138. - - DowDupont, Inc. (fna DuPont El De Nemours & Co.) | A | Dividend | J | T | | | | | |
| 1139. - - Exxon Mobil Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. - - General Electric | A | Dividend | | | Sold | 02/14/18 | J | | |
| 1141. - - Intel Corp | A | Dividend | J | T | | | | | |
| 1142. - - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 1143. - - JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 1144. - - Kimberly Clark | A | Dividend | J | T | | | | | |
| 1145. - - Lilly Eli & Co | A | Dividend | J | T | | | | | |
| 1146. - -Merck & Co Inc. | A | Dividend | J | T | | | | | |
| 1147. - - MetLife, Inc. | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 1148. - - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 1149. - - Nextera Energy | A | Dividend | J | T | | | | | |
| 1150. - - Philip Morris Intl | A | Dividend | J | T | | | | | |
| 1151. - - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 1152. - - Raytheon Co. | A | Dividend | J | T | | | | | |
| 1153. - - SunTrust Banks Inc. | A | Dividend | J | T | | | | | |
| 1154. - - Travelers Cos, Inc. | A | Dividend | J | T | | | | | |
| 1155. - - Wallgreens Boots Alliance, Inc. | A | Dividend | J | T | Buy | 06/22/18 | J | | |
| 1156. - - Wells Fargo & Co New Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. - - 3M Co. | A | Dividend | J | T | | | | | |
| 1158. - - Brighthouse Financial Inc. | | None | | | Sold | 02/14/18 | J | A | |
| 1159. - -Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 1160. - - Astrazeneca PLC | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 1161. - - BCE Inc New | A | Dividend | J | T | Buy | 02/14/18 | J | | |
| 1162. - - Diagio PLC | A | Dividend | J | T | | | | | |
| 1163. - - HSBC Holdings | A | Dividend | J | T | | | | | |
| 1164. - - Johnson Controls Intl PLC | A | Dividend | J | T | | | | | |
| 1165. - - Novartis AG | A | Dividend | J | T | | | | | |
| 1166. - -Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 1167. - - Siemens AG | A | Dividend | J | T | | | | | |
| 1168. - - Unilever NV | A | Dividend | J | T | | | | | |
| 1169. - - HCP Reit | A | Dividend | J | T | | | | | |
| 1170. - - Welltower, Inc. REITS | A | Dividend | J | T | | | | | |
| 1171. - Brokerage Account #11 US Trust Sub-Acct C (H) | | | | | | | | | |
| 1172. - - BOFA Tax Exempt Fund | A | Int./Div. | J | T | | | | | |
| 1173. - - Abiomed, Inc. | | None | J | T | Buy | 02/09/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. - - Activision Blizzard, Inc. | A | Dividend | J | T | | | | | |
| 1175. - - Adobe Sys, Inc. | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 1176. - - Alibaba Group Hldg Ltt | | None | J | T | Buy | 01/04/18 | J | | |
| 1177. - - Alphabet, Inc., Class C | | None | K | T | | | | | |
| 1178. - - Amazon | | None | K | T | | | | | |
| 1179. - - Applied Materials | A | Dividend | | | Sold | 01/04/18 | J | B | |
| 1180. - - Booking Holdings Inc. | | None | J | T | Buy | 02/14/18 | J | | |
| 1181. - - Burlington Stores, Inc. | | None | J | T | Buy | 04/05/18 | J | | |
| 1182. - - Canopy Growth Corp | | None | J | T | Buy | 08/29/18 | J | | |
| 1183. - - Celegene Corp | A | Dividend | | | Sold | 01/04/18 | J | B | |
| 1184. - - CSX Corp | A | Dividend | J | T | | | | | |
| 1185. - - Edwards Lifesciences Corp | | None | J | T | | | | | |
| 1186. - - Facebook, Inc. | | None | K | T | | | | | |
| 1187. - - Goldman Sachs Group, Inc. | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 1188. - - Grubhub, Inc. | | None | J | T | Buy | 09/25/18 | J | | |
| 1189. - - Illumina Inc. | | None | J | T | Buy | 11/02/18 | J | | |
| 1190. - - Keysight Technologies, Inc. | | None | J | T | Buy | 11/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. - - Marketaxess Holdings Inc. | A | Int./Div. | J | T | Buy | 01/04/18 | J | | |
| 1192. - - Monster Beverage Corp | A | Dividend | K | T | | | | | |
| 1193. - - Nvidia Corp | A | Dividend | J | T | | | | | |
| 1194. - - Paypal Holdings, Inc. | | None | J | T | | | | | |
| 1195. - - Priceline.com, Inc. New | | None | | | Sold | 02/14/18 | K | B | |
| 1196. - - PTC Inc. | | None | J | T | Buy | 07/18/18 | J | | |
| 1197. - - Salesforce, com | | None | J | T | | | | | |
| 1198. - - Schwab Charles Corp New | A | Dividend | J | T | | | | | |
| 1199. - - Sherwin Williams Co. | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 1200. - - Starbucks Corp | A | Dividend | | | Sold | 02/14/18 | J | A | |
| 1201. - - TJX Cos Inc. New | A | Dividend | | | Sold | 01/04/18 | J | | |
| 1202. - - Alexion Parmaceuticals, Inc. | | None | J | T | | | | | |
| 1203. - - Visa, Inc. | A | Dividend | K | T | | | | | |
| 1204. - - Zoetis, Inc. | A | Dividend | J | T | | | | | |
| 1205. - - Red Hat Inc. | | None | | | Sold | 01/04/18 | K | B | |
| 1206. - - Ulta Salon Cosmetics | | None | J | T | | | | | |
| 1207. - - Align Technology, Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. - - Arista Networks, Inc. | | None | | | Sold | 01/04/18 | J | | |
| 1209. - - Cognex Corp. | A | Dividend | | | Sold | 01/23/18 | J | | |
| 1210. - - First Rep Bank San Francisco, CA | A | Dividend | J | T | | | | | |
| 1211. - - Incyte Corp | | None | | | Sold | 02/14/18 | J | | |
| 1212. - - ServiceNow, Inc. | | None | J | T | | | | | |
| 1213. - - Tal Ed Group ADR Rep | | None | | | Sold | 02/14/18 | J | | |
| 1214. - - XPO Logistics Inc. | | None | J | T | Buy | 04/24/18 | J | | |
| 1215. LTR 2018-2 TR (H) | | | | | | | | | |
| 1216. - Morgan Stanley Money Fund | A | Interest | P1 | T | Open | 12/28/18 | P1 | | |
| 1217. 529 Plan #1 - ERL (Scholar's Choice Age Based) | | None | M | T | | | | | |
| 1218. 529 Plan #2 - JH (Scholar's Choice Age Based) | | None | J | T | | | | | |
| 1219. 529 Plan #5 - JM (Scholar's Choice Age Based) | | None | K | T | | | | | |
| 1220. Brokerage Acct #13 Merrill Lynch (H) | | | | | | | | | |
| 1221. - - CMA Funds | A | Interest | K | T | | | | | |
| 1222. - - Blackrock Muni, Inc. | C | Dividend | K | T | | | | | |
| 1223. - - Franklin FL Tax Free | D | Dividend | M | T | | | | | |
| 1224. IRA - Morgan Stanley | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. - - MS Focus Growth Fd A | | | | | | | | | |
| 1226. Home Properties, LLC (Oak Park, MI) | F | Rent | N | U | | | | | |
| 1227. - - Real Property Oak Park Michigan | | | | | | | | | |
| 1228. Well Zoo (Equity Interest) | | None | K | T | | | | | |
| 1229. RCF Telecom (Membership Interest) | | None | L | T | | | | | |
| 1230. Unit 610, LLC (Membership Interest) Snowmass, Colorado | E | Rent | M | W | | | | | |
| 1231. HBF Investments, LLC (Membership Interest) condominium compl | E | Distribution | M | T | | | | | |
| 1232. The Pickle Recipe, LLC | | None | J | U | | | | | |
| 1233. Grosvenor Multi-Strategy Fund, L.P. | D | Int./Div. | P1 | T | | | | | |
| 1234. Membership Interest in Clay School Building, LLC | | None | J | U | | | | | |
| 1235. Promissory Note - Clay School Building, LLC | | None | P1 | U | | | | | |
| 1236. Digerati | | None | L | T | | | | | |
| 1237. WWLFAP, LLC (H) | | | | | | | | | |
| 1238. - - Artwork: Rudolph Stingel Painting: untitled | | None | P1 | W | Open | 02/27/18 | P1 | | |
| 1239. - - Artwork: George Condo Painting: Blue Expanding | | None | P1 | W | Open | 02/27/18 | P1 | | |
| 1240. - - Artwork: Albert Oehlen Painting: Gestohlenes Zeug | | None | P1 | W | Open | 02/27/18 | P1 | | |
| 1241. - - Artwork: George Condo Painting: Coversations | | None | P1 | W | Open | 02/27/18 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

# VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. - - Artwork: George Baselitz: Auf dem Berge, spitz | | None | P1 | W | Open | 02/27/18 | P1 | | |
| 1243. - - Artwork: Wade Guyton Painting: untitled | | None | O | W | Open | 02/27/18 | O | | |
| 1244. - - Artwork: Hiquily Sculpture | | None | N | W | Open | 02/27/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| White, Helene N. | 09/16/2019 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Helene N. White**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544